# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF SAN DIEGO, SAN DIEGO UNIFIED PORT DISTRICT, and SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY, | Case No. 23-cv-00541-LL-BGS<br><br>**[PROPOSED] SCHEDULING ORDER** |

Pursuant to Rule 16(b), the parties shall comply with the following schedule

| EVENT | DATE |
|---|---|
| Initial Disclosures | October 30, 2023 |
| Early Neutral Evaluation and Case Management Conference | November 20, 2023 |
| Amend Pleadings/join parties | June 14, 2024 |
| Complete Non-Expert Discovery | December 15, 2024 |
| Initial Expert Designations and Reports | February 15, 2025 |
| Rebuttal Expert Designations and Reports | April 15, 2025 |
| Complete Expert Discovery | June 15, 2025 |
| Mediation Cut-Off | August 15, 2025 |
| Deadline for filing all motions, including dispositive motions, other than motions in limine | September 15, 2025 |
| Deadline for filing motions in limine, including Daubert | November 14, 2025 |
| Pre-Trial Conference | December 14, 2025 |
| Trial | To be set by Court, approximately February 2026 |

1
2
3   IT IS SO ORDERED this _____ day of _____, _____23.
4
5
6
7                              _____
8                              Honorable Bernard G. Skomal
9                              United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28