1  TODD KIM, Assistant Attorney General
2  U.S. Department of Justice
   Environment and Natural Resources Division
3  STEFAN J. BACHMAN (DC Bar No. 90008649)
4  DEVON LEA FLANAGAN (DC Bar No. 1022195)
   Environmental Enforcement Section
5  P.O. Box 7611
6  Washington, DC 20044
   Phone: (202) 616-6536
7  MARK RIGAU (CA Bar No. 223610)
8  Environmental Defense Section
   450 Golden Gate Ave., Suite 07-6714
9  San Francisco, CA 94102
10 Phone: (415) 744-6487

11
12 Attorneys for Plaintiff/Counter-Defendant,
   UNITED STATES OF AMERICA
13
14 [Additional counsel listed on next page]

15               **UNITED STATES DISTRICT COURT**
16               **SOUTHERN DISTRICT OF CALIFORNIA**

17 | UNITED STATES OF AMERICA, |
18 |
19 |     *Plaintiff,* |
   |           v. |
20 | CITY OF SAN DIEGO, SAN | Case No. 23-cv-00541-LL-BGS
21 | DIEGO UNIFIED PORT | Judge: Hon. Linda Lopez
22 | DISTRICT, and SAN DIEGO | Magistrate Judge: Hon. Bernard G. Skomal
   | COUNTY REGIONAL AIRPORT |
23 | AUTHORITY, |
24 |     *Defendants.* | **JOINT MOTION TO ENTER**
25 |                   | **FRE 502(d) ORDER**
26 | AND RELATED CROSS- |
   |     ACTIONS |
27
28
                              1

| | |
|---|---|
| 1 | Thomas F. Vandenburg (State Bar No. 163446) |
| 2 | tvandenburg@wshblaw.com |
|   | Alice Charkhchyan (State Bar No. 332670) |
| 3 | acharkhchyan@wshblaw.com |
| 4 | **WOOD, SMITH, HENNING &BERMAN LLP** |
|   | 505 North Brand Boulevard, Suite 1100 |
| 5 | Glendale, California 91203 |
| 6 | Phone: 818 551-6000 ♦ Fax: 818 551-6050 |
| 7 | |
|   | Attorneys for Defendant/Cross- |
| 8 | Claimant/Cross-Defendant/Third-Party |
| 9 | Plaintiff, CITY OF SAN DIEGO |
| 10 | /// |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1    The United States and the City of San Diego jointly move the Court to enter
2  the attached order pursuant to Federal Rule of Evidence 502(d).  The parties in this
3  case will likely review and disclose large quantities of information and documents,
4  including electronically stored information, such that page-by-page privilege
5  review may impose an undue burden on the parties' resources.  The proposed order
6  will allow the parties to respond to discovery requests more efficiently.

**For the United States of America:**

Todd Kim
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Stefan J. Bachman*                              Dated: April 1, 2024
Stefan J. Bachman
Environmental Enforcement Section
U.S. Department of Justice
PO Box 7611 Ben Franklin Station
Washington, DC 20044
(202) 616-6536
stefan.bachman@usdoj.gov


**For the City of San Diego:**

*/s/ Thomas F. Vandenburg*                        Dated: April 1, 2024
Thomas F. Vandenburg
WOOD, SMITH, HENNING & BERMAN LLP
505 N. Brand Blvd., Suite 1100
Glendale, CA 91203
(818) 551-6000
TVandenburg@wshblaw.com