TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
STEFAN J. BACHMAN (DC Bar No. 90008649)
DEVON LEA FLANAGAN (DC Bar No. 1022195)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536
MARK RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Ave., Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487

Attorneys for Plaintiff/Counter-Defendant,
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF SAN DIEGO, SAN DIEGO UNIFIED PORT DISTRICT, and SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY,<br><br>*Defendants.*<br><br>AND RELATED CROSS-ACTIONS | **Case No. 3:23-cv-00541-LL-BGS**<br><br>Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Bernard G. Skomal<br><br>**NOTICE OF LODGING OF CONSENT DECREE AND REQUEST THAT THE COURT TAKE NO FURTHER ACTION UNTIL A MOTION FOR ENTRY IS FILED** |

1

1       The United States respectfully lodges with the Court a proposed Consent Decree, attached hereto. The proposed Decree addresses claims alleged in this action by the United States against the San Diego Unified Port District and the San Diego County Regional Airport Authority ("Settling Defendants") and claims alleged in this action by Settling Defendants against the United States. The proposed Decree does not address claims alleged in this action between the United States and the City of San Diego.

      Because the proposed Consent Decree is contingent upon a public comment period, the United States requests that the Court not sign the Decree unless and until the United States files a Motion for Entry. Under Paragraph 32 of the proposed Consent Decree, and in accordance with the procedures set forth in 28 C.F.R. § 50.7, the public will have 30 days in which to submit comments on the proposed Consent Decree to the United States Department of Justice. The 30-day period will begin on the date notice of the lodging of the proposed Decree is published in the Federal Register. If, after reviewing the public comments, the Department of Justice concludes that the proposed Consent Decree should be entered, the United States will inform the Court of any public comments received and any responses thereto, will move for entry of the Consent Decree as a final order of the Court, and will email a copy of the proposed Decree to the Court for signature pursuant to the Court's Civil Chambers Rules.

      The United States therefore respectfully requests that the Court receive the proposed Consent Decree for lodging only, and that it abstain from acting upon the Consent Decree until the period for public comment has expired and the United States has moved for entry of the proposed Decree.

//
//
//
//

2

Respectfully submitted,

Todd Kim
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Stefan J. Bachman*
Stefan J. Bachman
Environmental Enforcement Section
U.S. Department of Justice
PO Box 7611 Ben Franklin Station
Washington, DC 20044
(202) 616-6536
stefan.bachman@usdoj.gov