TODD KIM
Assistant Attorney General
STEFAN J. BACHMAN (SC Bar 102182)
MARK A. RIGAU (CA Bar 223610)
DEVON LEA FLANAGAN (DC Bar No. 1022195)
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Phone: (202) 305-0201
stefan.bachman@usdoj.gov
mark.rigau@usdoj.gov
Attorneys for Plaintiff/Counter-Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN DIEGO; SAN DIEGO UNIFIED PORT DISTRICT; and SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY,<br>　　　　Defendants. | CIVIL NO. 3:23-CV-00541-LL-DTF<br><br>**NOTICE OF MOTION TO ENTER CONSENT DECREE**<br><br>**No Hearing Requested.**<br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

PLEASE TAKE NOTICE THAT: Plaintiff, the United States, hereby moves the Court to sign the proposed Consent Decree, Dkt. # 65-1, on ECF page 18 of 23 and enter it as a final judgment as between the United States and the San Diego Unified Port District and the San Diego County Regional Airport Authority (collectively "Setting Defendants").

The Settling Defendants do not oppose this motion, because by terms of the Consent Decree, "Settling Defendants consent to the entry of this Consent Decree without further notice." C.D. ¶ 32. Also, counsel for the Airport Entities has confirmed to undersigned counsel that this motion is not opposed. Because the Settling Defendants consent, no hearing date is requested.

The Consent was lodged in the docket on April 22, 2024, Dkt. # 65-1, but was subject to a public comment period. C.D. ¶¶ 32-33. The United States did not receive any comments on the Consent Decree.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ Steven O'Rourke
STEFAN J. BACHMAN (SC Bar No. 102182)
DEVON LEA FLANAGAN (DC Bar 1022195)
STEVEN O'ROURKE (MA Bar 565493)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 305-0201
Fax: (202) 616-2427
Email: stefan.bachman@usdoj.gov

MARK A. RIGAU (CA Bar Number 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, California 94102
Tel: 415-744-6487
Fax: 415-552-7005
Email: mark.rigau@usdoj.gov