TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

STEFAN J. BACHMAN (SC Bar No. 102182)
DEVON LEA FLANAGAN (DC Bar No. 1022195)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487

ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Phone: (202) 305-4664

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

*(Attorneys for Defendant and Counterclaim Plaintiff City of San Diego on next page)*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-BJC |
| Plaintiff, | **NOTICE OF LODGING OF JOINT DISCOVERY STATUS REPORT** |
| v. | |
| CITY OF SAN DIEGO, et. al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS* | |

1   THOMAS F. VANDENBURG (State Bar No. 163446)
    tvandenburg@wshblaw.com
2   ALICE CHARKHCHYAN (State Bar No. 332670)
3   acharkhchyan@wshblaw.com
4   WOOD, SMITH, HENNING & BERMAN LLP
    505 North Brand Boulevard, Suite 1100
5   Glendale, California 91203
6   Phone: (818) 551-6000
7   Fax: (818) 551-6050

8   *Attorneys for Defendant/Cross Defendant/Counter Claimant/Cross Claimant, City*
    *of San Diego*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The United States and the City of San Diego lodge the attached Joint Discovery Statement with the Court (Attachment 1).  On August 5, 2024, the Court ordered the parties to submit a Joint Status Report by August 19, 2024.  The parties submitted the attached Status Report to the Court's e_file address on August 19 (see Attachment 2), but now recognize that the Report should have also been lodged with the Court according to Chambers Rule VI.B.  The parties apologize to the Court for this error and for any inconvenience it may have caused the Court.

Dated: August 23, 2024

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Stefan J. Bachman
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-1167 (Schaap)
Brian.Schaap@usdoj.gov
Stefan.Bachman@usdoj.gov
MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
Environment and Natural Resources Division
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch

-3-                    Case No. 3:23-cv-00541-LL-BJC
NOTICE OF LODGING OF JOINT DISCOVERY STATUS REPORT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alastair.M.Gesmundo@usdoj.gov
Samuel.Hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-
Defendant United States of America*

Dated: August 23, 2024

/s/ Thomas F. Vandenburg
THOMAS F. VANDENBURG (SBN 163446)
ALICE CHARKHCHYAN (State Bar No. 332670)

*Attorneys for Defendant/Cross Defendant/ Counter
Claimant/Cross Claimant City of San Diego*

-4-                    Case No. 3:23-cv-00541-LL-BJC

NOTICE OF LODGING OF JOINT DISCOVERY STATUS REPORT