TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov
Additional Counsel for the United States are listed on the following page.
*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>*Defendant and Counterclaim-Plaintiff.* | Case No. 3:23-cv-0541-LL-BJC<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION TO DISMISS THE CITY OF SAN DIEGO'S AMENDED COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>**DATE: December 26, 2024**<br>**DEPT: 5D**<br>**JUDGE: Hon. Linda Lopez**<br><br>**[PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT]** |

1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2
3  KIRK MANHARDT
   MARC S. SACKS
4  SAMUEL F. HOBBS (AL Bar No. 9776O19E)
   ALASTAIR M. GESMUNDO (CABN 316573)
5  United States Department of Justice
6  Civil Division, Commercial Litigation Branch
   P.O. Box 875, Ben Franklin Station
7  Washington, DC 20044
   Phone: (202) 616-8077
8  Email: Samuel.Hobbs @usdoj.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that on December 26, 2024, or as soon thereafter as this matter
3  can be heard in Courtroom 5D of the United States District Court, located on the fifth floor of the
4  Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101.
5  On November 19, 2024, this Court granted the United States' motion for additional time to respond
6  to the City's amended counterclaims (ECF No. 108). The United States hereby moves for an order
7  dismissing the City of San Diego's ("City") Amended Counterclaims.

8  The United States moves to dismiss the City's Second Amended Counterclaim for
9  recoupment for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)
10 and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

11 The United States moves to dismiss the City's Third Amended Counterclaim for
12 declaratory judgment and injunctive relief under the Administrative Procedure Act, for lack of
13 subject matter jurisdiction under Rule 12(b)(1) and for failure to state a claim under Rule 12(b)(6).

14 The United States also moves to dismiss the City's First and Fourth Amended
15 Counterclaims to the extent they allege a claim for cost recovery under the Comprehensive
16 Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607(a), for failure to
17 state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

18 This motion is based on this Notice of Motion and Motion to Dismiss, the Memorandum
19 of Points and Authorities in support thereof, all pleadings in this action, and upon such other
20 matters presented to the Court at the time of the hearing, if any.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2024 | Respectfully submitted, |
| 2 | | */s/ Samuel Hobbs* |

TODD KIM, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ALBERT RIGAU (CA Bar No. 223610)
Senior Trial Counsel
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

KIRK MANHARDT
MARC S. SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
United States Department of Justice
Civil Division, Commercial Litigation Branch
Samuel.Hobbs @usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*

4

United States' Notice of Motion
And Motion to Dismiss
Case No. 3:23-cv-0541-LL-BJC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2024, the Plaintiff and Counterclaim Defendant United States' Notice of Motion and Motion to Dismiss Defendant's First Through Fourth Amended Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and Proposed Order were electronically filed in the United States District Court for the Southern District of California through the CM/ECF e-filing system.

I further certify that on November 21, 2024, I caused a copy of the foregoing to be served, through the CM/ECF e-filing system, on counsel of record.

*/s/ Samuel Hobbs*
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
United States Department of Justice
Civil Division, Commercial Litigation Branch
Samuel.Hobbs @usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*