# Exhibit G

**From:** Lear, Janet M CIV USN (US) </O=ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JANET.LEAR>
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA)
**CC:** Hill, Amy J CIV USN COMNAVFACENGCOM DC (USA); Moore, Sarah A CIV USN (USA)
**Sent:** 5/7/2020 4:27:12 PM
**Subject:** RE: How's this look?


If that will make the adjustments I suggested, then yes, go ahead.


**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Sent:** Thursday, May 07, 2020 1:21 PM
**To:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Cc:** Hill, Amy J CIV USN COMNAVFACENGCOM DC (USA) <amy.hill@navy.mil>; Moore, Sarah A CIV USN (USA) <sarah.moore@navy.mil>
**Subject:** RE: How's this look?

Janet,

Why don't we move the boundary to the MSL line then it would be a much less obvious divergence to pick up the beach samples. The northern basin has a much steeper slope and the main reason this margin is significantly thinner. Also in case this helps, a search of "beach" describes the samples "along the Boat Channel" and "below the high tide mark".
Let me know and we'll make it happen.

Louie


**From:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Sent:** Thursday, May 7, 2020 12:38 PM
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Cc:** Hill, Amy J CIV USN COMNAVFACENGCOM DC (USA) <amy.hill@navy.mil>; Moore, Sarah A CIV USN (USA) <sarah.moore@navy.mil>
**Subject:** FW: How's this look?

Louie:

It is my opinion that we legally CANT give the warranty to the beach sediment sampling areas because they were included as the site in the RI, etc.

For the purposes of the FOST just draw a line that includes the beach areas and omit any technical explanation from the legend.

I recommend using a non site margin (i.e. solid area) in most areas about the thickness of what is shown in the northern basin. It does appear you will have to go much closer for the beach areas and that is fine. I'm sure there will be comments and negotiations in the future and as previously discussed it doesn't have to be exact for the FOST figure. I'm aiming for schematic and certainly dont want the city to ultimately agree (LOL!) to a FOST that implies they get significantly more warranty than we can ultimately give.

Please also check the parcel boundary on the east side and make sure it doesn't extend onto the land (aka already transferred property) too much. Its hard to tell on this figure but it looks a little off.

Amy Jo; You are copied so you can tell me I'm crazy if needed.

SAM: when you emerge from briefing hell you can tell me I'm not crazy too.

**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Sent:** Thursday, May 07, 2020 12:10 PM
**To:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Subject:** RE: How's this look?

Janet,

Did you want any revisions to the Figure 1 (without samples locations) based on the attached figure?

Louie

**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA)
**Sent:** Wednesday, May 6, 2020 1:26 PM
**To:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Subject:** RE: How's this look?

Yes, all sample locations from the RI (with the exception of the beach samples) confirmed to fall within the IR Site as shown on the proposed figure.

**From:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Sent:** Wednesday, May 6, 2020 12:49 PM
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Subject:** RE: How's this look?

I just meant to confirm that all the OTHER RI samples fall within the lined area

**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Sent:** Wednesday, May 06, 2020 12:45 PM
**To:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Subject:** RE: How's this look?

It was my understanding that all the RI beach samples are shown on the figure.

**From:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Sent:** Wednesday, May 6, 2020 12:43 PM
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Subject:** RE: How's this look?

I have program review. It should be over by 3:30ish

Do all the other samples fit in the lined area?

**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Sent:** Wednesday, May 06, 2020 12:06 PM
**To:** Lear, Janet M CIV USN (US) <janet.lear@navy.mil>
**Subject:** FW: How's this look?

Janet,

Here are the beach sample locations on the figure and the figure from the RI. Can we chat in a few minutes?

USN_0309410

Louie

**From:** Campbell Merrifield <Cmerrifield@trevetinc.com>
**Sent:** Wednesday, May 6, 2020 11:26 AM
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Subject:** [Non-DoD Source] RE: How's this look?

Louie,
Yes, based on N's/E's from the table in the RI Report (attached), the beach sediment samples were collected in the foreshore area.

**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Sent:** Wednesday, May 6, 2020 6:36 AM
**To:** Campbell Merrifield <Cmerrifield@trevetinc.com>
**Subject:** RE: How's this look?

Black looks better.

I sent yesterdays version to Janet and she asked if we thought the IR Site boundary captured the beach samples done during the RI. My guess would be that they would be in the Foreshore area. Do you have a location for the beach samples?

**From:** Campbell Merrifield <Cmerrifield@trevetinc.com>
**Sent:** Tuesday, May 5, 2020 5:16 PM
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Subject:** [Non-DoD Source] RE: How's this look?

Louie,

Options!
A black or white border...


**From:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Sent:** Tuesday, May 5, 2020 4:22 PM
**To:** Campbell Merrifield <Cmerrifield@trevetinc.com>
**Subject:** RE: How's this look?

Need a thicker line to divide the parcels.

**From:** Campbell Merrifield <Cmerrifield@trevetinc.com>
**Sent:** Tuesday, May 5, 2020 4:12 PM
**To:** Cardinale, Rene L CIV USN NAVFAC SW SAN CA (USA) <rene.cardinale@navy.mil>
**Subject:** [Non-DoD Source] How's this look?

The yellow is all FOST.
The hatch marked area is all IR Site 12