# Exhibit H

| | |
|---|---|
| **From:** | Linz, Tahirih P CIV USN NAVFAC WASHINGTON DC (USA) </O=EXCHANGELABS /OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=8823A71DD47F44728870C1B991FFC327-TAHIRIH.LIN> |
| **To:** | Moore, Sarah A CIV USN (USA) |
| **Sent:** | 8/20/2020 7:32:40 PM |
| **Subject:** | Draft email to Laura re NTC FOST |

Hi Laura – We wanted to loop you in on our proposed path forward with respect to the NTC San Diego Boat Channel FOST.

The FOST Property contains two parcels. Each parcel has an IR Site portion (the submerged sediments) and a non-IR Site portion (the riprap/seawalls/shoreline). The City of San Diego is the expected transferee. The City is also a PRP with respect to the IR Site.

The team is considering divvying up the parcels between the IR Site and the non-IR Site portions and providing the CERCLA comeback covenant to the non-IR Site portion. While not explicitly obligated to divide the parcel, we think this path is reasonable because (1) we did not investigate the riprap/seawalls/shoreline, and (2) the City has repeatedly and strenuously objected to our decision not to investigate that area in its written comments on our CERCLA documents. We will obviously not provide the CERCLA comeback covenant on the IR Site portion where the City is a PRP. We believe that giving the CERCLA comeback covenant on the non-IR Site portions of the parcel may facilitate transfer because it will alleviate the City's concern that it would have to cleanup legacy contamination. If the City develops the riprap/seawall/shoreline and discovers actionable contamination, there is the possibility that the City would be named as a PRP for that portion of the property.

The FOST will contain a general statement of law regarding the CERCLA warranty and covenant: all remedial action has been taken; if any additional remedial action is required in the future, DON will come back; the obligation to comeback does not apply to PRPs. The FOST will not identify the City as a PRP or state that the CERCLA comeback covenant will be provided for the non-IR Site portion but denied for the IR Site Portion. When the deed is drafted, the recitals will indicate the reasons that the City is a PRP and provide the CERCLA comeback covenant on the property, excepting therefrom the IR Site.

NLO is supportive of our technical reasons for offering the CERCLA warranty on the non-IR Site portion of the parcels, but suggested the approach described above for the FOST. NLO thinks that we have more to gain by offering this concession (i.e., divvying up the parcels to give the CERCLA comeback covenant on the non-IR Site portions) later in the process of negotiations with the City rather than in the FOST. The technical/real estate/legal teams do not see a problem with providing a general statement of law in the FOST and giving the concession later.

Please let me know if you have any questions or concerns.


Tahirih Linz
BRAC Environmental Coordinator
Treasure Island

Navy BRAC PMO
33000 Nixie Way
Bldg 50, 2nd Floor
San Diego, CA 92147

619.524.6073
tahirih.linz@navy.mil