Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (SBN 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (SBN 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
City of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendant.<br><br>*AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | Case No. 3:23-CV-00541-LL-BJC<br><br>**DECLARATION OF J. MICHAEL TRAPP, PH.D. IN SUPPORT OF THE CITY OF SAN DIEGO'S MOTION TO COMPEL THE UNITED STATES OF AMERICA TO PERMIT ENTRY AND SAMPLING AT THE BOAT CHANNEL**<br><br>The Hon. Linda Lopez<br><br>Trial Date: None Set |

3:23-CV-00541-LL-BJC

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

DECLARATION OF J. MICHAEL TRAPP, PH.D. IN SUPPORT OF THE CITY OF SAN DIEGO'S MOTION TO COMPEL THE UNITED STATES OF AMERICA TO PERMIT ENTRY AND SAMPLING AT THE BOAT CHANNEL

I, J. MICHAEL TRAPP, PH.D., declare as follows:

1. I am over the age of 18 years old and live in California. I have personal knowledge of the facts stated in this Declaration and can competently testify as such if called upon to do so. I understand that the City of San Diego ("the City") is filing a motion to compel the United States of America to permit entry and sampling at the Boat Channel. I make this declaration in support of that motion.

2. Attached as Exhibit 1 is a true and correct copy of my *curriculum vitae*.

3. Attached as Exhibit 2 is a true and correct copy of the Memorandum I prepared on December 16, 2024 after having reviewed the administrative record regarding the investigation, planning/analysis, and remediation of the Former Naval Training Center Boat Channel. This memorandum is a summary of the inadequacies of the Navy's overall process and remediation of the Boat Channel, and the reasoning behind and necessity of the City's requested site investigation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: December 20, 2024          By:

                                  Dr. J. Michael Trapp

DECLARATION OF J. MICHAEL TRAPP, PH.D. IN SUPPORT OF THE CITY OF SAN DIEGO'S MOTION TO COMPEL THE UNITED STATES OF AMERICA TO PERMIT ENTRY AND SAMPLING AT THE BOAT CHANNEL