1  TODD KIM
   Assistant Attorney General
2  Environment and Natural Resources Division
3  U.S. Department of Justice

4  STEFAN J. BACHMAN (SC Bar No. 102182)
   BRIAN SCHAAP (DC Bar No. 1780655)
5  NICHOLAS MCDANIEL (MA Bar No. 682742)
6  Environmental Enforcement Section
   P.O. Box 7611
7  Washington, DC 20044
8  Phone: (202) 616-6536

9  MARK ALBERT RIGAU (CA Bar No. 223610)
   Environmental Defense Section
10 450 Golden Gate Avenue, Suite 07-6714
   San Francisco, CA 94102
11 Phone: (415) 744-6487

12 ALASTAIR M. GESMUNDO (CABN 316573)
13 SAMUEL F. HOBBS (AL Bar No. 9776O19E)
   Civil Division
14 Commercial Litigation Branch
15 Phone: (202) 305-4664

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-BJC |
| Plaintiff, | **UNITED STATES' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CITY OF SAN DIEGO'S *PRIMA FACIE* LIABILITY UNDER CERCLA** |
| v. | |
| CITY OF SAN DIEGO, et. al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS* | |

Case No. 3:23-cv-00541-LL-BJC

|    |                                           |
|----|-------------------------------------------|
| 1  |                                           |
| 2  | **DATE: February 3, 2025**                |
| 3  | **DEPT: 5D**                              |
|    | **Judge: Hon. Linda Lopez**               |
| 4  |                                           |
| 5  | **PER CHAMBERS RULES, NO**                |
|    | **ORAL ARGUMENT UNLESS**                  |
| 6  | **SEPARATELY ORDERED BY THE**             |
| 7  | **COURT**                                 |

Case No. 3:23-cv-00541-LL-BJC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 3, 2025, this matter can be heard in Courtroom 5D of the United States District Court, located on the fifth floor of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101.

The United States requests that the Court enter partial summary judgment that (1) establishes the City of San Diego's *prima facie* liability under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"); (2) declares the City jointly and severally liable to the United States for response costs not inconsistent with the National Contingency Plan; and (3) rejects the City's asserted affirmative defenses as legally and factually insufficient to defend against liability in the United States' Section 107(a) cost recovery action.

In this case, the United States seeks recovery from the City of over $17 million in unreimbursed costs that the Navy has incurred in addressing releases of hazardous substances at the Boat Channel. The City is liable for reimbursement of those costs under CERCLA, 42 U.S.C. §§ 9601-9675, because the City discharged contamination to the Boat Channel from its storm sewer system and from overland runoff from the San Diego International Airport property, previously owned and operated by the City. A ruling in the United States' favor would fully resolve Claim 2 in the United States' Amended Complaint and significantly narrow the remaining issues in this case. *See* ECF No. 25.

The City's municipal separate storm sewer system gathers runoff from hundreds of acres of residential, commercial, industrial, and other areas, and then discharges that runoff into the Boat Channel. Additionally, the City sometimes experiences overflows of raw sanitary sewage, which has contributed contamination to the Boat Channel. The decades of stormwater runoff and sanitary

sewage discharges led to the accumulation of metals (copper, lead, and zinc) and pesticides (dichlorodiphenyltrichloroethane or "DDT" and chlordane) in the Boat Channel.

The United States seeks reimbursement of cleanup and enforcement costs under CERCLA. CERCLA Section 107(a)(4) provides that liable parties must pay "*all costs* of removal or remedial action incurred by the United States Government . . . not inconsistent with the national contingency plan." 42 U.S.C. § 9607(a)(4)(A) (emphasis added).

The parties' expert designations and initial expert disclosures make clear that the City cannot dispute the facts establishing the City's liability. The City has not offered – and cannot offer – any expert testimony to dispute that its stormwater runoff contributed contamination to the Boat Channel. In fact, the City's own expert concludes that "a reasonable overall allocation of contaminant contribution to the environmental response costs for the Boat Channel is 12.5% for the City of San Diego." *See* ECF. No. 119-44.

The United States' motion for partial summary judgment establishing the City's liability is therefore ripe for decision. For the reasons stated in the attached Memorandum of Points and Authorities in Support of the United States' Motion, the Court should enter partial summary judgment establishing the City's *prima facie* liability, declaring the City jointly and severally liable for response costs, and rejecting the City's affirmative defenses.

Dated: December 30, 2024    TODD KIM
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Environment and Natural Resources Division
　　　　　　　　　　　　　　　　U.S. Department of Justice

s/ *Nicholas McDaniel*
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-5607
Brian.Schaap@usdoj.gov
Stefan.Bachman@usdoj.gov
Nicholas.A.McDaniel@usdoj.gov
MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
Environment and Natural Resources Division
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Alastair.M.Gesmundo@usdoj.gov
Samuel.Hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2024, the United States' Notice of Motion and Motion for Partial Summary Judgment on the City of San Diego's *Prima Facie* Liability Under CERCLA was electronically filed in the United States District Court for the Southern District of California through the CM/ECF e-filing system.

I further certify that on December 30, 2024, I caused a copy of the foregoing to be served, through the CM/ECF e-filing system, on counsel of record.

Dated: December 30, 2024          s/ *Nicholas McDaniel*
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-5607
Nicholas.A.McDaniel@usdoj.gov