LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
United States Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536
MARK ALBERT RIGAU (CA Bar No. 223610)
United States Department of Justice
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
ALASTAIR M. GESMUNDO (CA Bar No. 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
United States Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-4659

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>*Defendants.*<br><br>*AND RELATED CROSS CLAIMS* | Case No. 3:23-cv-0541-LL-VET<br><br>**UNITED STATES' RESPONSE TO THE CITY OF SAN DIEGO'S MOTION TO EXTEND TIME TO OPPOSE THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1  The United States does not oppose the City of San Diego's request to extend
2  the deadline for its response to the United States' Motion for Partial Summary
3  Judgment to January 31, 2025.  But the United States disagrees with the City's
4  characterizations of its Motion for Partial Summary Judgment and particularly with
5  the City's assertion that a need for expert discovery justifies an extension.  (*E.g.*,
6  ECF No. 128 at 2).  As the United States stated in its Motion for Partial Summary
7  Judgment, "[t]he parties' expert designations and initial expert disclosures make
8  clear that the City cannot dispute the facts establishing [CERCLA liability]."  (ECF
9  No. 118-1 at 9).  Nonetheless, the United States does not oppose extending the
10 deadline for the City's response to January 31, 2025.

Respectfully Submitted,

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Stefan J. Bachman

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536
Stefan.Bachman@usdoj.gov
Brian.Schaap@usdoj.gov
Nicholas.A.McDaniel@usdoj.gov
MARK ALBERT RIGAU (CA Bar No. 223610)

Environmental Defense Section
Environment and Natural Resources Division
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Alastair.M.Gesmundo@usdoj.gov
Samuel.Hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*