# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cv-541-BJC-VET |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| CITY OF SAN DIEGO, | **[ECF No. 128]** |
| Defendant. | |

Before the Court is Defendant City of San Diego's Motion For Extension of Time ("Motion"). ECF No. 128. City of San Diego moves to extend its deadline to file an opposition to Plaintiff United States of America's Partial Summary Judgment Motion [ECF No. 118] by an additional 14 days.

Good cause appearing, the Court **GRANTS** Defendant's Motion. Defendant shall file its opposition no later than **January 31, 2025.**

**IT IS SO ORDERED**.

Dated: January 30, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge

23-cv-541-BJC-VET