Barry P. Steinberg (Admitted Pro Hac Vice)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendant.<br><br>*AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | **Civil No. 3:23-CV-00541-LL-BJC**<br><br>**CITY OF SAN DIEGO'S NOTICE OF WITHDRAWAL AND INTENT TO REFILE THE DECLARATION OF ANDRE SONKSEN AND THE DECLARATION OF PETER VROOM**<br><br>The Hon. Linda Lopez<br><br>Trial Date: None Set |

/ / /

/ / /

/ / /

/ / /

Defendant City of San Diego ("Defendant") hereby withdraws the Declaration of Andre Sonksen (ECF No. 135) and the Declaration of Peter Vroom (ECF No. 136), filed on January 31, 2025 because they contained "s/" signatures.

Defendant will refile the same Declarations of Andre Sonksen (ECF No. 135) and of Peter Vroom (ECF No. 136) to comply with Section 2(f)(2) of the ECF Administrative Policies and Procedures Manual, requiring non-registered signatories to scan and electronically file the original document.

| | |
|---|---|
| DATED: February 6, 2025 | Respectfully submitted, |
| | KUTAK ROCK LLP |
| | |
| | By: *s/ Barry P. Steinberg* |
| | Barry P. Steinberg |
| | barry.steinberg@kutakrock.com |
| | |
| | Attorney for Defendant/Cross Defendant/ Counter Claimant/Cross Claimant |
| | City of San Diego |