LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536
MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Phone: (202) 305-4664

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>    Defendant.<br><br>*AND RELATED CROSS CLAIMS* | Case No. 3:23-cv-00541-LL-VET<br><br>**UNOPPOSED MOTION TO STRIKE EXHIBIT H TO THE DECLARATION OF BARRY STEINBERG IN SUPPORT OF THE CITY'S MOTION TO COMPEL SAMPLING AT THE BOAT CHANNEL**<br><br>**The Hon. Linda Lopez**<br>**Trial Date: None Set** |

The United States moves the Court to strike Exhibit H to the Declaration of Barry Steinberg in Support of the City's Motion to Compel Sampling at the Boat Channel ("Motion") (ECF No. 117-10).  This document, Bates numbered USN_0176695, conveys legal impressions and advice from attorneys at the Naval Litigation Office ("NLO") to Navy employees and is therefore covered by attorney-client privilege and the work-product doctrine.  The United States issued a Privilege Notice to the City of San Diego on January 30, 2025 (Decl. of Brian Schaap at ¶ 3 & Ex. 1 (January 30, 2025 Privilege Notice Letter)), to claw back the document, in accordance with this Court's Fed. R. Evid 502(d) Order (ECF No. 64) and Fed. R. Evid. 502(b).

As discussed at a February 4, 2025 hearing on the City's Motion, the City does not oppose removing this document from the Court's docket.  (Schaap Decl. at ¶ 5 & Ex. 2 (Hearing Tr.), at 5:3-24).  Indeed, on February 4, 2025, the City filed an Amended Memorandum in Support of the City of San Diego's Motion to Compel the United States of America to Permit Entry and Sampling at the Boat Channel (ECF No. 138), along with an Amended Declaration of Barry P. Steinberg in Support of the City of San Diego's Motion to Compel (ECF No. 138-1).  Mr. Steinberg's Amended Declaration removes Exhibit H and substitutes Exhibits H-1 and H-2 in its place. (*See* ECF No. 138-1, ¶ 11.)  However, the original Exhibit H remains on the Court's docket and electronically accessible.  (Schaap Decl. at ¶ 6.)

Accordingly, the United States requests that the Court strike Exhibit H to Declaration of Barry Steinberg in Support of the City's Motion to Compel Sampling at the Boat Channel (ECF No. 117-10) and remove it from the docket such that it is no longer electronically accessible.  Undersigned counsel coordinated with counsel for the City of San Diego before filing this motion and confirmed that the City does not oppose removing Exhibit H from the docket.

1
2
3          Respectfully submitted,

4          LISA LYNNE RUSSELL
5          Deputy Assistant Attorney General
           United States Department of Justice
6          Environment and Natural Resources Division

7

8          *s/ Stefan J. Bachman*
9          STEFAN J. BACHMAN (SC Bar No. 102182)
10         BRIAN SCHAAP (DC Bar No. 1780655)
           NICHOLAS MCDANIEL (MA Bar No. 682742)
11         Environmental Enforcement Section
12         Environment and Natural Resources Division
           U.S. Department of Justice
13         P.O. Box 7611
14         Washington, DC 20044-7611
           Phone: (202) 305-5607
15         Brian.Schaap@usdoj.gov
16         Stefan.Bachman@usdoj.gov
           Nicholas.A.McDaniel@usdoj.gov
17         MARK ALBERT RIGAU (CA Bar No. 223610)
18         Environmental Defense Section
19         Environment and Natural Resources Division
           450 Golden Gate Avenue, Suite 07-6714
20         San Francisco, CA 94102
21         Phone: (415) 744-6487
22         ALASTAIR M. GESMUNDO (CABN 316573)
           SAMUEL F. HOBBS (AL Bar No. 9776O19E)
23         Civil Division
24         Commercial Litigation Branch
           Alastair.M.Gesmundo@usdoj.gov
25         Samuel.Hobbs@usdoj.gov

26
27         *Attorneys for Plaintiff and Counterclaim-*
           *Defendant United States of America*
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I caused a copy of the foregoing to be served, through the CM/ECF e-filing system, on counsel of record.

*s/ Stefan J. Bachman*
STEFAN J. BACHMAN (SC Bar No. 102182)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536
Stefan.Bachman@usdoj.gov
