ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

*(Attorneys for Defendant and Counterclaim Plaintiff City of San Diego on next page)*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-VET |
| Plaintiff, | **JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| CITY OF SAN DIEGO, et. al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS* | |

-1-   Case No. 3:23-cv-00541-LL-VET

THOMAS F. VANDENBURG (State Bar No. 163446)
tvandenburg@wshblaw.com
ALICE CHARKHCHYAN (State Bar No. 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*

1  The United States and the City of San Diego (the "City") submit this stipulated joint motion for an extension of the deadline to submit motions for summary judgment until 30 days after the court rules on the pending motion to dismiss.

The United States asserts three claims in this case: (1) cost recovery under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. § 9707; (2) a declaratory judgment of the City's liability under CERCLA § 9613(g); and (3) breach of contract. ECF Nos. 25, 73.

The City asserts four claims in this case: (1) contribution under CERCLA § 9613(f)(1); (2) recoupment; (3) declaratory and injunctive relief under the Administrative Procedure Act ("APA"); and (4) a declaratory judgment of the United States' liability under CERCLA § 9613(g). ECF No. 96. On November 21, 2024, the United States filed a motion to dismiss the City's claims for recoupment and under the APA. ECF No. 111. The United States' motion to dismiss is pending.

The current deadline to submit motions for summary judgment in this case is March 21, 2025. ECF No. 87. It would be inefficient for the parties to move for summary judgment on the claims subject to the motion to dismiss before the legal issues presented in the motion are resolved. Resolution of the motion to dismiss will also likely affect the parties' summary judgement briefing on other claims not subject to dismissal. It would be more prudent to adjudicate on summary judgment the surviving claims after the court rules on the motion to dismiss. Good cause exists to extend the summary judgment deadline in order to permit the orderly and efficient resolution of the issues in the case.

The United States intends to move for summary judgment on its cost recovery claim—solely on the issue that its costs incurred are recoverable—as well as its breach of contract claim. In the event the court denies the motion to dismiss, the United States will also likely move for summary judgment on the City's recoupment and APA claims.

If the court grants this stipulated joint motion to extend the deadline to file,

the United States expects to file a roughly 10-page motion for summary judgment on the cost recovery issue within the next two weeks. The United States would wait to file a motion for summary judgment on its breach of contract claim (and potentially the City's recoupment and APA claims) until the court rules on the motion to dismiss.

The court previously extended the scheduling order's deadlines by three months in response to the City's request for additional time to complete fact discovery. *See* ECF Nos. 78, 87. Fact discovery was completed on November 6, 2024, and expert discovery was completed on February 20, 2025. The scheduling order's dates and deadlines related to the settlement conference would not be affected by this motion. The scheduling order's remaining dates and deadlines after the settlement conference may be affected depending on when the motion to dismiss is resolved.

For these reasons, the parties respectfully move the court to extend the deadline to file motions for summary judgment until 30 days after the court rules on the pending motion to dismiss.

| | | |
|---|---|---|
| 1 | Dated: March 10, 2025 | /s/ *Alastair M. Gesmundo* |
| 2 | | YAAKOV M. ROTH |
| | | Acting Assistant Attorney General |
| 3 | | Civil Division |
| 4 | | KIRK MANHARDT |
| | | MARCUS SACKS |
| 5 | | ALASTAIR M. GESMUNDO (CABN 316573) |
| 6 | | SAMUEL F. HOBBS (AL Bar No. 9776O19E) |
| | | Commercial Litigation Branch |
| 7 | | Corporate Financial Litigation Section |
| | | P.O. Box 875, Ben Franklin Station |
| 8 | | Washington, DC 20044 |
| 9 | | Phone: (202) 616-8077 |
| 10 | | Email: samuel.hobbs@usdoj.gov |
| 11 | | ADAM R.F. GUSTAFSON |
| 12 | | Acting Assistant Attorney General |
| | | Environment and Natural Resources Division |
| 13 | | STEFAN J. BACHMAN (SC Bar No. 102182) |
| 14 | | BRIAN SCHAAP (DC Bar No. 1780655) |
| | | NICHOLAS MCDANIEL (MA Bar No. 682742) |
| 15 | | Environmental Enforcement Section |
| 16 | | P.O. Box 7611 |
| | | Washington, DC 20044 |
| 17 | | Phone: (202) 616-6536 |
| 18 | | MARK ALBERT RIGAU (CA Bar No. 223610) |
| 19 | | Environmental Defense Section |
| 20 | | 450 Golden Gate Avenue, Suite 07-6714 |
| | | San Francisco, CA 94102 |
| 21 | | Phone: (415) 744-6487 |
| 22 | | *Attorneys for Plaintiff and Counterclaim-* |
| 23 | | *Defendant United States of America* |

Dated: March 10, 2025

THOMAS F. VANDENBURG (CABN 163446)
tvandenburg@wshblaw.com
ALICE CHARKHCHYAN (CABN 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

<u>/s/ *Barry P. Steinberg*</u>
BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*