ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

*Additional counsel listed on next page.*

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.<br><br>    Defendants.<br><br>*AND RELATED CROSS CLAIMS* | Case No. 3:23-cv-00541-LL-VET<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS FROM THE CITY OF SAN DIEGO UNDER CERCLA**<br><br>**DATE: April 25**<br>**DEPT: 5D**<br>**Judge: Hon. Linda Lopez**<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

1  MARK ALBERT RIGAU (CA Bar No. 223610)
2  Environmental Defense Section
   450 Golden Gate Avenue, Suite 07-6714
3  San Francisco, CA 94102
4  Phone: (415) 744-6487

5  ALASTAIR M. GESMUNDO (CA Bar No. 316573)
6  SAMUEL F. HOBBS (AL Bar No. 9776O19E)
   Civil Division
7  Commercial Litigation Branch
8  Phone: (202) 305-4664

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The United States moves the Court to enter summary judgment that $17,131,016.38 in past response costs incurred by the United States in connection with the Navy Boat Channel Site at the former San Diego Naval Training Center are recoverable under CERCLA. The United States also asks the Court to award all prejudgment interest on the Navy's portion of these costs ($15,944,926.65). As explained in the accompanying memorandum of points and authorities, the United States is entitled to summary judgment on these costs because they are indisputably (1) the type of costs recoverable under CERCLA, and (2) sufficiently documented. Granting this motion, together with the United States' prior motion seeking a ruling on the City of San Diego's *prima facie* CERCLA liability (at ECF No. 118), would leave only $207,783.62 in disputed past costs between the parties.

Dated: March 21, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/ Brian Schaap*
BRIAN SCHAAP (DC Bar No. 1780655)
STEFAN J. BACHMAN (SC Bar No. 102182)
NICHOLAS McDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536 (Bachman)
Stefan.Bachman@usdoj.gov
Brian.Schaap@usdoj.gov

-1-    Case No. 3:23-cv-00541-LL-VET

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS FROM THE CITY OF SAN DIEGO UNDER CERCLA

Nicholas.A.McDaniel@usdoj.gov

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
Environment and Natural Resources Division
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Mark.Rigau@usdoj.gov

ALASTAIR M. GESMUNDO (CA Bar No. 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Alastair.M.Gesmundo@usdoj.gov
Samuel.Hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*

-2- Case No. 3:23-cv-00541-LL-VET

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS FROM THE CITY OF SAN DIEGO UNDER CERCLA