ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS McDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487

ALASTAIR M. GESMUNDO (CA Bar No. 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Phone: (202) 305-4664

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.<br><br>Defendants.<br><br>*AND RELATED CROSS CLAIMS* | Case No. 3:23-cv-00541-LL-VET<br><br>**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS FROM THE CITY OF SAN DIEGO UNDER CERCLA** |

Case No. 3:23-cv-00541-LL-VET

| | |
|---|---|
| 1. The United States Navy ("Navy") has incurred at least $15,944,926.65 in response costs through July 31, 2023,[1] and the United States Department of Justice ("DOJ") has incurred at least $1,186,089.73 in response costs through October 31, 2024,[2] for a total of $17,131,016.38 in response costs incurred by the United States. ECF No. 154-4, Exhibit A; ECF No. 154-3, Exhibit 3. | |
| 2. The City's designated cost expert, Mr. Jason Kubota, acknowledges that $14,583,167.05 in response costs ($13,397,077.32 in Navy costs and $1,186,089.73 in DOJ costs) that the United States seeks to recover from the City have been authorized, accepted, billed, and | |

---

[1] This amount is the difference between the total Navy-incurred costs supported by United States' expert Wiley Wright ($16,118,872.24) and the portion of these costs disputed by the City's expert Jason Kubota in his Opinion 2 ($173,945.59).

[2] This amount is the difference between the total DOJ-incurred costs supported by United States' expert William Kime ($1,219,927.76) and the portion of these costs disputed by the City's expert Jason Kubota in his Opinion 3 ($33,838.03).

-1-      Case No. 3:23-cv-00541-LL-VET
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THE UNITED STATES'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS
FROM THE CITY OF SAN DIEGO UNDER CERCLA

| | | |
|---|---|---|
| | paid for by the United States. ECF No. 154-3, Exhibit 3 at 55 of 116. | |
| | 3. The Navy entered into contracts with Bechtel Environmental, Inc. to perform remedial investigation activities, and a contract with Parsons Government Services to develop the remedial design and implement the remedial action. ECF No. 154-6 ¶ 6; ECF No. 154-3, Exhibit 3 at 40 and 44 of 116; ECF No. 154-4, Exhibit A, Schedule 1 (at 42 of 59). | |
| | 4. DOJ has incurred direct and indirect costs associated with the enforcement-related legal services it has been providing to the Navy for the Site. ECF No. 154-5, ¶¶ 8–24 and Exhibit B. | |
| | 5. The United States made a written demand for payment of a specified amount of unreimbursed response costs from the City on December 27, 2016, demanding payment for all response costs incurred and to be incurred. ECF No. 154-3 ¶ 3; | |

| | |
|---|---|
| ECF No. 154-3, Exhibit 2; ECF No. 154-4 ¶ 5. | |

Dated: March 21, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/ Brian Schaap*
BRIAN SCHAAP (DC Bar No. 1780655)
STEFAN J. BACHMAN (SC Bar No. 102182)
NICHOLAS McDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536 (Bachman)
Stefan.Bachman@usdoj.gov
Brian.Schaap@usdoj.gov
Nicholas.A.McDaniel@usdoj.gov

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
Environment and Natural Resources Division
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487
Mark.Rigau@usdoj.gov

-3-   Case No. 3:23-cv-00541-LL-VET
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS FROM THE CITY OF SAN DIEGO UNDER CERCLA

ALASTAIR M. GESMUNDO (CA Bar No. 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Civil Division
Commercial Litigation Branch
Alastair.M.Gesmundo@usdoj.gov
Samuel.Hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*

-4-     Case No. 3:23-cv-00541-LL-VET
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT ON RECOVERY OF RESPONSE COSTS FROM THE CITY OF SAN DIEGO UNDER CERCLA