ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*
*(Attorneys for Defendant and Counterclaim Plaintiff City of San Diego on next page)*

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-VET |
| Plaintiff, | **JOINT MOTION TO EXTEND THE PRETRIAL DEADLINES** |
| v. | |
| CITY OF SAN DIEGO, et. al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

1  THOMAS F. VANDENBURG (State Bar No. 163446)
2  tvandenburg@wshblaw.com
   **WOOD, SMITH, HENNING & BERMAN LLP**
3  505 North Brand Boulevard, Suite 1100
4  Glendale, California 91203
   Phone: (818) 551-6000
5  Fax: (818) 551-6050

6
7  BARRY P. STEINBERG (admitted *Pro Hac Vice*)
   Barry.steinberg@kutakrock.com
8  **KUTAK ROCK LLP**
9  1133 Connecticut Avenue, NW
   Suite 1200
10 Washington, DC 20036
11 Phone: (202) 828-2400
   Fax: (202) 828-2488
12
13 DWYER ARCE (admitted *Pro Hac Vice*)
   Dwyer.arce@kutakrock.com
14 **KUTAK ROCK LLP**
15 1650 Farnam Street
16 The Omaha Building
   Omaha, NE 68102
17 Phone: (402) 346-6000
18 Fax: (402) 346-1148

19 *Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*

20
21
22
23
24
25
26
27
28

1-2: The United States and the City of San Diego (the "City") submit this joint motion to extend the pretrial deadlines in this case by four months.

3-4: Under the current scheduling order, the following pretrial deadlines in this case are fast approaching:

| | |
|---|---|
| Pretrial Disclosures | June 17, 2025 |
| Memoranda of Contentions of Fact and Law | June 24, 2025 |
| Civil Local Rule 16.1(f)(4) Meeting | June 24, 2025 |
| Plaintiff to Send Draft Proposed Pretrial Order | July 1, 2025 |
| Lodge Proposed Pretrial Order | July 8, 2025 |
| Pretrial Conference | July 24, 2025 |

The parties agree that it would be inefficient to proceed with these pretrial proceedings while the following motions remain pending:

- The United States' motion to dismiss the City's counterclaims for recoupment and under the Administrative Procedure Act. (ECF No. 111.)
- The City's motion to compel access to the Boat Channel for the City to perform sampling. (ECF Nos. 117 and 138.)
- The United States' motions for partial summary judgment on the City's prima facie liability under CERCLA and the recovery of certain response costs under CERCLA. (ECF Nos. 118 and 154.)
- The City's motion to supplement the administrative record. (ECF No. 153.)
- The United States' motion to limit judicial review to the administrative record. (ECF No. 156.)[1]

The outcomes of these motions are likely to have an extensive impact on the issues to be decided and the evidence to be used at trial.

---

[1] The parties have also each filed motions in limine to limit or exclude certain expert testimony. (*See* ECF Nos. 158, 159, 160, 161.)

The United States and the City of San Diego (the "City") submit this joint motion to extend the pretrial deadlines in this case by four months.

Under the current scheduling order, the following pretrial deadlines in this case are fast approaching:

| | |
|---|---|
| Pretrial Disclosures | June 17, 2025 |
| Memoranda of Contentions of Fact and Law | June 24, 2025 |
| Civil Local Rule 16.1(f)(4) Meeting | June 24, 2025 |
| Plaintiff to Send Draft Proposed Pretrial Order | July 1, 2025 |
| Lodge Proposed Pretrial Order | July 8, 2025 |
| Pretrial Conference | July 24, 2025 |

The parties agree that it would be inefficient to proceed with these pretrial proceedings while the following motions remain pending:

- The United States' motion to dismiss the City's counterclaims for recoupment and under the Administrative Procedure Act. (ECF No. 111.)
- The City's motion to compel access to the Boat Channel for the City to perform sampling. (ECF Nos. 117 and 138.)
- The United States' motions for partial summary judgment on the City's prima facie liability under CERCLA and the recovery of certain response costs under CERCLA. (ECF Nos. 118 and 154.)
- The City's motion to supplement the administrative record. (ECF No. 153.)
- The United States' motion to limit judicial review to the administrative record. (ECF No. 156.)[1]

The outcomes of these motions are likely to have an extensive impact on the issues to be decided and the evidence to be used at trial.

---

[1] The parties have also each filed motions in limine to limit or exclude certain expert testimony. (*See* ECF Nos. 158, 159, 160, 161.)

1    The court previously extended the scheduling order's deadlines by three months in response to the City's request for additional time to complete fact discovery. (ECF Nos. 78 and 87). The court also previously extended the deadline to file motions for summary judgment until 30 days after the court rules on the United States' pending motion to dismiss (ECF No. 152). Both parties plan to file partial motions for summary judgment on the United States' breach of contract claim. Fact discovery was completed on November 6, 2024, and expert discovery was completed on February 20, 2025.

For these reasons, the parties respectfully move to extend the pretrial deadlines by four months.

Dated: May 22, 2025

/s/ *Samuel Hobbs*
YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

KIRK MANHARDT
MARCUS SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
Corporate Financial Litigation Section
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077
Email: samuel.hobbs@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
NICHOLAS MCDANIEL (MA Bar No. 682742)
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

MARK ALBERT RIGAU (CA Bar No. 223610)
Environmental Defense Section
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Phone: (415) 744-6487

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THOMAS F. VANDENBURG (CABN 163446)
tvandenburg@wshblaw.com

**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

/s/ *Barry Steinberg*
BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*