UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 23cv0541-LL-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES**<br><br>**[ECF No. 175]** |

　　　Pending before the Court is the parties' Joint Motion to Extend Pretrial Deadlines. ECF No. 175. Specifically, they seek a four-month extension. *See id*. at 3. For good cause shown, the Court **GRANTS** the parties' joint motion and sets these new deadlines:

- Pretrial Disclosures: October 17, 2025
- Memoranda of Contentions of Fact and Law: October 24, 2025
- Civil Local Rule 16.1(f)(4) Meeting: October 24, 2025
- Plaintiff to Send Draft Proposed Pretrial Order: November 3, 2025
- Lodge Proposed Pretrial Order: November 10, 2025
- Pretrial Conference: November 24, 2025

1    **IT IS SO ORDERED**.

2    Dated: May 28, 2025

_____
Honorable Linda Lopez
United States District Judge