1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF SAN DIEGO, et. al.

    Defendants.

*AND RELATED CROSS CLAIMS*

Case No. 3:23-cv-00541-LL-VET

**DECLARATION OF MARK
ALBERT RIGAU IN SUPPORT OF
MOTION TO WITHDRAW AS
COUNSEL FOR THE UNITED
STATES**

Pursuant to 28 U.S.C. § 1746, I, Mark Albert Rigau, declare and state as follows:

1. I am a Senior Trial Counsel in the Environment and Natural Resources Division of the U.S. Department of Justice. I have served as counsel for the United States in the above-captioned matter since March 27, 2023.

2. I have moved to withdraw as counsel for the United States on June 5, 2025.

3. The United States is also represented by additional counsel from the U.S. Department of Justice, who will continue to provide representation.

4. Pursuant to Local Civil Rule 83.3(f)(3), I have served this motion on the adverse parties via CM/ECF notice to their counsel of record. I have also served this motion on the United States via CM/ECF notice to their counsel of record.

I, Mark Albert Rigau, declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June 2025,


*/s Mark Albert Rigau*
MARK ALBERT RIGAU (CA Bar No. 223610)

MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES