# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.<br><br>　　　　　　　　　　　Defendants. | Case No.: 23cv0541-LL-VET<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**[ECF No. 178]** |

Pending before the Court is Mark Albert Rigau's Motion to Withdraw as Counsel for the United States pursuant to Local Civil Rule 83.3(f)(3). ECF No. 178. The United States remains represented by other counsel of record from the U.S. Department of Justice, Mr. Rigau's withdrawal will not delay any proceedings or prejudice any party, Defendants do not oppose this motion, and Mr. Rigau has served this motion upon the adverse parties and upon the United States. *See id*. The Court therefore **GRANTS** the Motion to Withdraw as Attorney.

**IT IS SO ORDERED**.

Dated: June 6, 2025

_____
Honorable Linda Lopez
United States District Judge