Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Counter-Claimant
CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN DIEGO,<br><br>　　　　Defendant.<br><br>*AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | **Civil No. 3:23-CV-00541-LL-BJC**<br><br>**CITY OF SAN DIEGO MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS**<br><br>The Hon. Linda Lopez<br><br>Trial Date: None Set |

/ / /

# CITY OF SAN DIEGO MOTION FOR RECONSIDERATION

Defendant City of San Diego (the "City") moves under CivLR 7.1(i)(2) for reconsideration of the Court's Order Granting Motion to Dismiss City of San Diego's Amended Second and Third Counterclaims With Prejudice for Lack of Subject-Matter Jurisdiction. (ECF No. 180).

The Court ordered that "[t]he City's Counterclaim 2 (recoupment) and Counterclaim 3 (declaratory and injunctive relief under the APA) are DISMISSED WITH PREJUDICE for lack of subject-matter jurisdiction." (ECF No. 180 at 10). But "[d]ismissals for lack of subject-matter jurisdiction . . . must be without prejudice, because a lack of jurisdiction deprives the dismissing court of any power to adjudicate the merits of the case." *Hampton v. Pac. Inv. Mgmt. Co. LLC*, 869 F.3d 844, 846 (9th Cir. 2017); *see also Iten v. Los Angeles*, 81 F.4th 979, 993 n.2 (9th Cir. 2023) ("Dismissal with prejudice is improper . . . because dismissal for lack of subject matter jurisdiction is not an adjudication on the merits."); *Missouri ex rel. Koster v. Harris*, 847 F.3d 646, 656 (9th Cir. 2017) ("In general, dismissal for lack of subject matter jurisdiction is without prejudice.").

The Court's order cites *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 1007 (9th Cir. 2009), noting that the complaint there was dismissed with prejudice. (ECF No. 180 at 9). But the complaint in *Zucco* was dismissed for failure to state a claim, not a lack of subject-matter jurisdiction. *See id.* at 1008 (dismissing where "[t]he allegations . . . are not pled with the particularity required to survive" under Fed. R. Civ. P. 12(b)(6)). The Court's order also cites *Buckovetz v. United States Dep't of the Navy*, 2024 WL 253630, at *2 (S.D. Cal. 2024). The court in *Buckovetz* did dismiss "with prejudice" after holding it "lacked subject matter jurisdiction over the complaint." *Id.* It did so, however, without explanation or analysis of how a dismissal with prejudice was appropriate in that instance, and without addressing or distinguishing the Ninth Circuit's holdings in cases like *Hampton*. For this reason,

1  the dismissal with prejudice in *Buckovetz* does not appear consistent with established
2  Ninth Circuit precedent dictating that a dismissal for lack of subject-matter
3  jurisdiction must be without prejudice.
4      The City respectfully requests the Court grant reconsideration and amend its
5  order to dismiss without prejudice. In making this request, the City does not concede
6  that its claims were properly dismissed, regardless of whether such dismissal is with
7  or without prejudice, and does not intend to waive its right or ability to reassert those
8  claims in a different forum, if appropriate.
9      The City has conferred with the United States regarding this motion. The
10 United States opposes it.

DATED: July 31, 2025

Respectfully submitted,

**KUTAK ROCK LLP**

By: *s/ Barry P. Steinberg*
  Barry P. Steinberg
  barry.steinberg@kutakrock.com

Attorney for Defendant/Cross Defendant/ Counter Claimant/Cross Claimant
City of San Diego