Barry P. Steinberg (Admitted Pro Hac Vice)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Civil No. 3:23-CV-00541-LL-BJC** |
|---|---|
| Plaintiff, | **CITY OF SAN DIEGO'S NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS [ECF 181]** |
| v. | |
| CITY OF SAN DIEGO, | The Hon. Linda Lopez |
| Defendant. | Trial Date: None Set |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

///

///

///

///

Defendant City of San Diego ("Defendant") hereby withdraws its Motion for Reconsideration of Order Granting Motion to Dismiss (ECF No. 181), filed on July 31, 2025.

Defendant filed a Notice of Motion and Motion for Reconsideration of Order Granting Motion to Dismiss (ECF No. 182) on August 11, 2025.

| | |
|---|---|
| DATED: August 11, 2025 | Respectfully submitted, |
| | KUTAK ROCK LLP |
| | |
| | By: *s/ Barry P. Steinberg* |
| |     Barry P. Steinberg |
| |     barry.steinberg@kutakrock.com |
| | |
| | Attorney for Defendant/Cross Defendant/ Counter Claimant/Cross Claimant |
| | City of San Diego |