Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Counter-Claimant
CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF SAN DIEGO,<br><br>       Defendant.<br><br>*AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | Civil No. 3:23-CV-00541-LL-BJC<br><br>**THE CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT OF**<br><br>The Hon. Linda Lopez<br><br>Trial Date: None Set |

/ / /

## SEPARATE STATEMENT OF FACTS IN SUPPORT OF THE PARTIAL SUMMARY JUDGMENT OF THE CITY OF SAN DIEGO

Defendant City of San Diego (the "City") files separate statement of facts in support of the City's motion for partial summary judgment.

| | | |
|---|---|---|
| 1. | Beginning around 1916, the City donated various parcels of land to the United States for purposes of constructing and operating what came to be known as the Naval Training Center, San Diego ("NTC"). Vandenburg Decl. Exhibit A at 3. | |
| 2. | The United States operated NTC since its commissioning in 1923. ECF no. 119-4 at PageID.3013. | |
| 3. | Between the 1930s to early 1940s, the Navy created an approximately 5,000-foot-long waterway bisecting NTC, which came to be known as the Boat Channel. ECF no. 119-4 at PageID.3013. | |
| 4. | The Navy's activities at the NTC left numerous contaminants in the Boat Channel, including per- and polyfluoroalkyl substances ("PFAS"), including the specific PFAS compounds perfluorooctane sulfonate ("PFOS"), perfluorooctanoic acid ("PFOA"), total petroleum | |

| | | hydrocarbons, dichlorodiphenyltrichloroethane ("DDT") isomers and PCB congeners, and polychlorinated dibenzo-p-dioxins polychlorinated dibenzofurans ("PCDD/Fs"). Vandenburg Decl. Exhibit B at 22 § 3.1.3. | |
|---|---|---|---|
| 5. | The United States owned all the land immediately adjacent to the Boat Channel to the west, north, and east from at least 1920 until 2000-2001. ECF no. 119-4 at PageID.3013. | |
| 6. | NTC was closed around 1997 under the federal Base Realignment and Closure process and the property was offered for redevelopment. ECF no. 119-4 at PageID.3013. | |
| 7. | The City was designated the Local Redevelopment Agency ("LRA") for NTC. Vandenburg Decl. Exhibit C at 1 (USN_0 174754). | |
| 8. | In 1993, an NTC Reuse Planning Committee, including Navy members, was convened to guide the reuse planning efforts. Vandenburg Decl. Exhibit D at 1 (NPS_0000789). | |
| 9. | On October 20, 1998, the City approved the NTC San Diego Reuse | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5 | | Plan dated August 1998 (the "Reuse Plan"), which contemplated the conveyance of about 430 acres of the NTC to the City. Vandenburg Decl. Exhibit D at 33 (NPS_0000893). | |
| 6<br>7<br>8 | 10. | In March 1999, the Navy approved the Reuse Plan. Vandenburg Decl. Exhibit C at 32-33 (USN_0174785-86). | |
| 9<br>10<br>11<br>12<br>13 | 11. | The Reuse Plan included a comprehensive financial analysis of the NTC redevelopment project. Vandenburg Decl. Exhibit D at 19-24 (NPS_0000876-81). | |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | 12. | The Reuse Plan engaged in a comprehensive financial analysis of the NTC redevelopment project and determined that the NTC was blighted because the buildings, infrastructure, and utilities at the NTC were in such disrepair. It estimated total NTC improvement costs at just under $38 million in 1998 dollars. Vandenburg Decl. Exhibit D at 20-21 (NPS_0000877-78). | |
| 25<br>26<br>27<br>28 | 13. | The City's Reuse Plan budget analysis indicates that the City had no expectation that it would be responsible for costs associated with cleaning up | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | the Boat Channel or any other NTC property. Vandenburg Decl. Exhibit D at 25-31 (NPS_0000967-73). | |
| 4<br>5<br>6<br>7<br>8<br>9<br>10 | 14. | In late 1999 to early 2000, the Navy represented to the City that a Memorandum of Agreement ("MOA") was required to dispose of the NTC parcels, and that time was of the essence in executing this agreement. ECF no 117-5 at PageID.2823 ¶ 15. | |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | 15. | In April 2000, the Navy and the City signed a two-page "Summary of Terms" ("Term Sheet") stating the parties would use best efforts to negotiate and execute the MOA regarding the transfer of certain parcels of NTC. Vandenburg Decl. Exhibit F at 1 (USN_0409117). | |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 16. | The Term Sheet expressly states the commitment of the United States to "retain[] full responsibility for environmental remediation at NTC consistent with uses described in the LRA's Reuse Plan of August 1998." Vandenburg Decl. Exhibit F at 1 (USN_0409117). | |
| 27<br>28 | 17. | The Term Sheet provides that the "remaining parcels (21 acres) will be | |

| | | |
|---|---|---|
| | | conveyed after the Government has completed all remedial action necessary to protect human health and the environment and obtained site closure from appropriate regulatory authorities based on the projected use of these parcels as described in the NTC San Diego Reuse Plan dated August 1998." Vandenburg Decl. Exhibit F at 1 (USN_0409117). | |
| | 18. | The Term Sheet contains no reference to CERCLA and expressly states the United States' commitment to retain full responsibility for all environmental remediation at NTC consistent with uses described in the Reuse Plan and transfer those parcels only after it completed all remedial action necessary to protect human health and the environment and obtained regulatory site closure. Vandenburg Decl. Exhibit F at 1 (USN_0409117). | |
| | 19. | On May 30, 2000, the City and the USA entered into the MOA for the conveyance of seven parcels of the former NTC property to the City, including two parcels known as Parcels IIIB and VII. ECF No. 117-5 at | |

CIVIL NO. 3:23-CV-00541-LL-BJC

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

4933-6675-1264

| | | |
|---|---|---|
| | PageID.2803-4, 2814, §§ 2(c), 4(b), Ex. A. | |
| 20. | Parcels IIIB and VII together comprise most of the Boat Channel. Vandenburg Decl. Exhibit G at 2-1 (USN_0139068). | |
| 21. | MOA § 2(c) states in pertinent part: "The anticipated date of conveyance for Parcel IIIB is March 2002. Parcel IIIB is believed to contain sediments impacted with various contaminants. Navy shall take all remedial action necessary to protect human health and the environment and will obtain site closure from appropriate regulatory authorities based on the projected use of Parcel IIIB, as described in the NTC San Diego Reuse Plan dated August 1998." ECF No. 117-5 at PageID.2803. | |
| 22. | MOA § 4(b) states in pertinent part: "Parcel VII . . . Sponsoring agency is the Department of the Interior. Authority for the disposal is 40 U.S.C. § 484(k)(2) for public park or recreation purposes. The projected date for assignment to the sponsoring agency is March 2002. Parcel VII is believed to contain sediments impacted | |

- 6 -

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | | by various contaminants. Navy shall take all remedial action necessary to protect human health and the environment and will obtain site closure from appropriate regulatory authorities based on the projected use of Parcel VII, as described in the NTC San Diego Reuse Plan dated August 1998." ECF No. 117-5 at PageID.2804. | |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | 23. | The United States still owns Parcels IIIB and VII. Parcel IIIB was to be conveyed as an economic development conveyance directly from the Navy to the City. Parcel VII was to be conveyed as a public benefit conveyance from the Navy to the Department of the Interior, National Park Service ("NPS") and from NPS to the City for park and recreational purposes. ECF no 073 at PageID.1154 ¶¶ 27, 34, 35; ECF no. 117-5 at PageID.2803-4, §§ 2(c), 4(b). | |
| 22<br>23<br>24<br>25<br>26 | 24. | In 1998, the Navy performed some sampling of submerged sediments in a portion of the Boat Channel. Vandenburg Decl. Exhibit G at 2-8, 3-4 (USN_0139075, 93). | |
| 27<br>28 | 25. | The portion of the Boat Channel sampled by the Navy was designated as | |

CIVIL NO. 3:23-CV-00541-LL-BJC
CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264

| | | |
|---|---|---|
| | | |
| | Installation Restoration Site 12 ("IR Site 12") in 1995. Vandenburg Decl. Exhibit G at 2-1 (USN_0139068). | |
| 26. | IR Site 12 does not include the riprap banks both above and below the waterline or the seawall portions of the Boat Channel. Vandenburg Decl. Exhibit G at 2-1 (USN_0139068). | |
| 27. | The Navy claimed no remediation would be required at the Boat Channel, but the California EPA and the San Diego Regional Water Quality Control Board (Water Board) disagreed Vandenburg Decl. Exhibit H at 6; Exhibit I at 1-2 (USN_0504468-69). | |
| 28. | In 1998, the Navy was designated as the lead federal agency, and the Water Board as the lead State agency, for purposes of the Boat Channel investigation and remediation. Vandenburg Decl. Exhibit G at 2-6 (USN_0139073). | |
| 29. | In 2003, the Navy submitted a remedial investigation report to the Water Board based on the 1998 sampling of the Boat Channel submerged sediments. Vandenburg Decl. Exhibit G at ES-2 (USN_0139045). | |

CIVIL NO. 3:23-CV-00541-LL-BJC

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

4933-6675-1264

| | | |
|---|---|---|
| 30. | In September 2012, the Navy sought and was granted an exemption from rigorous 2009 regulatory standards, known as sediment quality objectives because "the Remedial Investigation was submitted to the San Diego Water Board prior to February 19, 2008." Vandenburg Decl. Exhibit J at 2-3 (USN_0310147-48); K at 1-2 (USN_0138859-60). | |
| 31. | In September 2016, the Navy submitted its Feasibility Study Report on IR Site 12 Boat Channel submerged sediments to the Water Board regarding remediation of IR Site 12 with the stated purpose to identify, screen, and evaluate alternatives for remediation of the chemically impacted submerged sediments at IR Site 12. ECF no. 119-6 at PageID.3030. | |
| 32. | The stated purpose of the study was to identify, screen, and evaluate alternatives for remediation of the chemically impacted submerged sediments at IR Site 12, which includes only part of Parcels IIIB and VII. Vandenburg Decl. Exhibit G at ES-2 (USN_0139045). | |

CIVIL NO. 3:23-CV-00541-LL-BJC
CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264

| | |
|---|---|
| 33. | As early as 1995, the City informed the Navy that its sampling plan would not "provide a true description of the presence and general spatial distribution of chemical constituents in the Boat Channel," due to the number of samples, location of samples, testing regime, etc., and to "[p]lease ensure that the vertical and horizontal extent of contamination is delineated." ECF no. 117-07 at PageID.2859-60 ¶ intro., 3-3. | |
| 34. | The City's comment letters to the Navy repeatedly raised the City's concerns over the Navy's: (i) failure to address the entirety of the Boat Channel including the banks, riprap, and shallow areas; (ii) reliance on stale 1998 sampling data; (iii) failure to account for all legacy contamination and sources; (iv) failure to test for all likely pollutants; (v) failure to provide for cleanup to current regulatory standards; (vi) failure to protect remediated areas against recontamination. Vandenburg Decl. Exhibit M at 1 (USN_0140738). | |
| 35. | The City advised the Navy prior to its | |

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

4933-6675-1264

| | | | |
|---|---|---|---|
| 1 | | cleanup that the City would not accept | |
| 2 | | the Boat Channel parcels due to the | |
| 3 | | deficiencies in the Navy's sampling | |
| 4 | | and remediation plan insufficiencies. | |
| 5 | | The Navy took no action to correct | |
| 6 | | these deficiencies. Vandenburg Decl. | |
| 7 | | Exhibit N at 6 (USN_0119555) | |
| 8 | | ("Under the circumstances, the City | |
| 9 | | does not intend to accept the Boat | |
| 10 | | Channel parcels unless and until ... the | |
| 11 | | parcels have been remediated to current | |
| 12 | | regulatory standards under California | |
| 13 | | law."). | |
| 14 | 36. | The Navy completed its limited | |
| 15 | | cleanup of IR Site 12 in 2018 and | |
| 16 | | subsequently submitted a Remedial | |
| 17 | | Action Completion Report (RACR) to | |
| 18 | | the Water Board. ECF no. 125-2 at | |
| 19 | | PageID.3340. | |
| 20 | 37. | On April 16, 2019, the Water Board | |
| 21 | | issued a "No Further Comment" letter | |
| 22 | | to the Navy's RACR. The letter states | |
| 23 | | that the Water Board has "no further | |
| 24 | | comments on the Final RACR. The | |
| 25 | | letter also states the Water Board | |
| 26 | | "appreciates the opportunity to assist in | |
| 27 | | addressing environmental issues at the | |
| 28 | | former Naval Training Center and | |

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

4933-6675-1264

| | | |
|---|---|---|
| 1<br>2<br>3 | | looks forward to continuing to assist with these efforts." ECF no. 125-2 at PageID.3340. | |
| 4<br>5<br>6<br>7<br>8<br>9<br>10 | 38. | After receiving the "No Further Comment" letter, the Navy submitted its Draft Finding of Suitability to Transfer ("Draft FOST") for Parcels IIIB and VII to the Water Board on August 24, 2020. Vandenburg Decl. Exhibit O. | |
| 11<br>12<br>13<br>14 | 39. | A FOST is a necessary prerequisite to the transfer of Parcels IIIB and VII to the City. ECF no. 117-5 at PageID.2805 § 5. | |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 40. | On September 21, 2020, the City objected to the Draft FOST based on the Navy's investigatory and remedial failures at the Boat Channel. The Water Board never responded. Vandenburg Decl. Exhibit Q at 2 (USN_0179260) ("The DON's assessment of protection of human health and beneficial uses of the Boat Channel as set forth in the draft FOST is insufficient to address the current conditions of the FOST Property and its intended uses."). | |
| 27<br>28 | 41. | On December 16, 2020, the Water Board issued a "No Further Action | |

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264

| | | |
|---|---|---|
| | | letter to the Navy for IR Site 12 "conclud[ing] that no further action related to the cleanup of contaminated sediments at IR Site 12 is required." Vandenburg Decl. Exhibit R at 1 (CSD_00004239). | |
| | 42. | The City challenged the issuance and scope of the "No Further Action" letter with the State Board. The State Board never substantively responded. Vandenburg Decl. Exhibit T at 1-3 (CITY00003742-44). | |
| | 43. | The Navy issued its Final Finding of Suitability to Transfer for Parcels III-B and VII ("Final FOST") in March 2021, which included a statement that the Navy had received a "No Further Action" letter from the Water Board. Vandenburg Decl. Exhibit U at 3-2 (USN_0514567). | |
| | 44. | On March 24, 2021, the Water Board rescinded its "No Further Action" letter to the Navy. ECF no. 117-6 at PageID.2852. | |
| | 45. | On April 7, 2021, the City sent a letter to the Navy objecting to the Final FOST on the ground, among others, that the Water Board had rescinded the | |

| | | |
|---|---|---|
| | "No Further Action" letter, stating: "Therefore, as discussed above, neither the Water Board nor any other regulatory agency has confirmed that the DON's remedial efforts are protective of human health and site closure has not been issued based on the projected uses of the Boat Channel or for the entirety of Parcels III-B and VII, as required by the MOA." Vandenburg Decl. Exhibit V at 3 (CITY00003529). | |
| 46. | On April 13, 2021, the Navy issued a revised Final FOST (Revised Final FOST) stating that "The rip-rap banks, or seawall portions of the FOST Property are not part of IR Site 12." Vandenburg Decl. Exhibit W at 2-1 (USN_0173535). | |
| 47. | The revised Final FOST again concluded that Parcel IIIB and VII were suitable for transfer. Vandenburg Decl. Exhibit W at 5-1 (USN_0173545). | |
| 48. | On April 29, 2021, the Water Board issued a letter to the Navy finding the Revised Final FOST acceptable as to IR Site 12. ECF no. 117-11 at | |

| | | | |
|---|---|---|---|
| 1 | | PageID.2881. | |
| 2 | 49. | The Navy's Revised Final FOST failed | |
| 3 | | to address any of the City's prior | |
| 4 | | objections, that the "No Further | |
| 5 | | Action" letter had been rescinded, or | |
| 6 | | provide justification for the exclusion | |
| 7 | | of the riprap banks and seawall | |
| 8 | | portions of Parcels IIIB and VII from | |
| 9 | | the investigation and remediation. | |
| 10 | | Vandenburg Decl. Exhibit W at 1-1 – | |
| 11 | | 5-1 (USN_0173533-45). | |
| 12 | 50. | On May 28, 2021, the City filed an | |
| 13 | | amended petition with the State Water | |
| 14 | | Board seeking review on the grounds | |
| 15 | | that the obvious failures in the Navy's | |
| 16 | | investigation and remediation, together | |
| 17 | | with the Water Board's inconsistent | |
| 18 | | and equivocal findings, creates | |
| 19 | | significant ambiguity over the | |
| 20 | | environmental status of Parcels IIIB | |
| 21 | | and VII, and leaves the City exposed to | |
| 22 | | further investigation and cleanup orders | |
| 23 | | for pre-existing contamination if the | |
| 24 | | Parcels III and VII are transferred to | |
| 25 | | the City. Vandenburg Decl. Exhibit X | |
| 26 | | at 4-5 (USN_0168721-22). | |
| 27 | 51. | The Navy has refused to perform any | |
| 28 | | further investigation and potential | |

| | | |
|---|---|---|
| | | remediation of Parcels IIIB and VII and has actively sought to prevent the City from doing any investigation to determine the current environmental condition of the parcels. ECF no. 125 at PageID.3334-35. | |
| 52. | The geographical area of Parcels IIIB and VII is described in Exhibit A to the MOA to encompass a total of 56.5 acres, extending to the top of the Boat Channel banks.  Vandenburg Decl. Exhibit Y, RFA No. 13. | |
| 53. | The Boat Channel banks, riprap and shallower areas of Parcels IIB and VII were not sampled by the Navy to investigate for contaminants. Vandenburg Decl. Exhibit Y, RFA No. 14. | |
| 54. | The Navy did not perform any sampling between the low-tide water line and the top of the Boat Channel banks, at the seawall areas, or at the submerged portion of the rip-rap banks. Vandenburg Decl. Exhibit Z at 6. | |
| 55. | "[B]ecause the scope of the Navy's response action was IR Site 12, and because the work leading to the development and selection of the | |

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264

| | | |
|---|---|---|
| | | remedy was also limited to IR Site 12, the remedy the Navy selected was similarly limited to IR Site 12. The Regional Board's concurrence with the ROD/RAP could only apply to IR Site 12, because that is the only area that was addressed by the ROD/RAP." Vandenburg Decl. Exhibit AA at 4. | |
| | 56. | The banks of Parcel IIIB and VII cover a large portion of area between the water's edge and the top of the channel banks, with riprap extending below that water line in some areas and littered throughout with large chunks of construction and demolition debris (C&D) such as concrete, rebar, and asphalt from old Navy structures likely to harbor legacy contaminants. Vandenburg Decl. Exhibit Z at 5. | |
| | 57. | MOA sections 2(c) and 4(b) each contain the following provision: "The City agrees that until such time as site closure is obtained by the Navy, the City shall take all steps necessary to ensure that no activity is conducted within 15 feet of the top of the bank of the Boat Channel which may result in the sloughing of soil or other materials | |

CIVIL NO. 3:23-CV-00541-LL-BJC
CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264

| | | |
|---|---|---|
| 1<br>2<br>3 | | from the bank or the Esplanade into the Boat Channel shown on Exhibit 'D.'" ECF No. 117-5 at PageID.2803-04. | |
| 4<br>5<br>6<br>7 | 58. | The MOA does not contain the terms "CERCLA" or "Superfund," or "42 U.S.C." ECF No. 117-5 at PageID.2802-11. | |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | 59. | In the MOA, none of the terms in the clause "all remedial action necessary to protect human health and the environment" is defined. The phrase contains no quotations, capitalizations, italicization, bold text, or any indication that any term within it carries any defined meaning beyond the plain language. ECF No. 117-5 at PageID.2802-11. | |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 60. | The MOA contains an integration clause providing: "This Agreement shall not be modified unless in writing and signed by both Parties. No oral statements or representations made by, or on behalf of either Party shall be a part of this Agreement. This Agreement, together with all exhibits hereto, constitute the entire agreement between the Parties. All prior discussions and understandings on this | |

| | | |
|---|---|---|
| | matter are superseded [sic] by said documents." ECF No. 117-5 at PageID.2809 § 16. | |
| 61. | IR Site 12 includes only submerged sediments in certain portions of the Boat Channel. Vandenburg Decl. Exhibit G at 3-1 (USN_0139090). | |
| 62. | | |
| 63. | The Water Board has issued no determination regarding the environmental condition of Parcels IIIB and VII. ECF 117-6 at PageID.2848, PageID.2852, PageID.2855; Vandenburg Decl. Exhibit J. | |
| 64. | The Water Board's findings all relate only to IR Site 12. ECF 117-6 at PageID.2848, PageID.2852, PageID.2855; Vandenburg Decl. J. | |
| 65. | There is no finding in effect by the Water Board that the Navy's remedial action at IR Site 12 was protective of human health. ECF 117-6 at PageID.2848, PageID.2852, PageID.2855; Vandenburg Decl. J. | |
| 66. | Paragraphs 2(c) and 4(b) of the MOA identify that property to be remediated before transfer to the City as Parcels IIIB and VII, not IR Site 12. ECF no. | |

| | | | |
|---|---|---|---|
| 1 | | 117-5 at PageID.2803-04. | |
| 2 | 67. | A "No Further Comment" letter issued | |
| 3 | | by the Water Board means the Water | |
| 4 | | Board does not have any more | |
| 5 | | comments on a report that was | |
| 6 | | submitted. It is not an approval. In | |
| 7 | | contrast, a "No Further Action" letter | |
| 8 | | means "the cleanup has been | |
| 9 | | completed and no further action is | |
| 10 | | needed. The site will be closed." Those | |
| 11 | | are two different determinations. | |
| 12 | | Vandenburg Decl. Exhibit DD at | |
| 13 | | 60:15-16; 61:5-12; 75:16-25; 33:18-20; | |
| 14 | | 60:17-20; 82:6-15; 82:6-15. | |
| 15 | 68. | The NTC Reuse Plan adopted by the | |
| 16 | | City and approved by the United States | |
| 17 | | is a comprehensive, land use planning | |
| 18 | | document developed over a multi-year | |
| 19 | | planning process. Vandenburg Decl. | |
| 20 | | Exhibit D at 1 (NPS_0000789). | |
| 21 | 69. | The NTC Reuse Plan includes an Open | |
| 22 | | Space Plan which proposed three | |
| 23 | | alternatives for the Boat Channel | |
| 24 | | redevelopment. It notes: "The channel | |
| 25 | | is one of the outstanding amenities of | |
| 26 | | NTC. Access to the water in a graceful | |
| 27 | | way will add measurably to the | |
| 28 | | enjoyment of the base for all visitors." | |

CIVIL NO. 3:23-CV-00541-LL-BJC

4933-6675-1264

| | | |
|---|---|---|
| | | Vandenburg Decl. Exhibit D (NPS_0001110). |  |
| 70. | The NTC Reuse Plan further states: "The second proposed alternate for the water's edge would remove the existing riprap edge at the boat channel allowing the grass park-land to slope down and meet the water." Vandenburg Decl. Exhibit D (NPS_0001110). |  |
| 71. | The NTC Reuse Plan states: "San Diego is noted for its water access and beaches. Reaching the water in a way similar to a beach recalls the relationship with the water prevalent in the region." Vandenburg Decl. Exhibit D (NPS_0001110). |  |
| 72. | Parcels IIIB and VII total 56.5 acres, whereas the portion of IR Site 12 that is within Parcels IIIB and VII is 50.1 acres, and therefore the United States completely ignored 6.4 acres of Parcels IIIB and VII—over 11% of their total area. Vandenburg Decl. Exhibit EE at 57:12-16. |  |

CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264

DATED: August 15, 2025

Respectfully submitted,

**KUTAK ROCK LLP**


By: *s/ Barry P. Steinberg*
   Barry P. Steinberg
   barry.steinberg@kutakrock.com

   Attorney for Defendant/Cross
   Defendant/ Counter
   Claimant/Cross Claimant
   City of San Diego

CIVIL NO. 3:23-CV-00541-LL-BJC
CITY OF SAN DIEGO SEPARATE STATEMENT OF FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT
4933-6675-1264