ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
**U.S. DEPARTMENT OF JUSTICE**
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*
*(Attorneys for Defendant and Counterclaim Plaintiff City of San Diego on next page)*

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-VET |
| Plaintiff, | **SECOND JOINT MOTION TO EXTEND THE PRETRIAL DEADLINES** |
| v. | |
| CITY OF SAN DIEGO, et al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

*3:23-cv-00541-LL-VET*

1

THOMAS F. VANDENBURG (State Bar No. 163446)
tvandenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*

The United States and the City of San Diego (the "City") submit this joint motion to extend the pretrial deadlines in this case by four months.

The Court previously extended these deadlines by order entered on May 28, 2025 (ECF No. 176), following the parties' joint motion (ECF No. 175) and the City's earlier request for additional time to complete fact discovery (ECF Nos. 78 and 87). Fact discovery was completed on November 6, 2024, and expert discovery was completed on February 20, 2025. Under the current scheduling order, the pretrial deadlines are as follows:

| | |
|---|---|
| Pretrial Disclosures | October 17, 2025 |
| Memoranda of Contentions of Fact and Law | October 24, 2025 |
| Civil Local Rule 16.1(f)(4) Meeting | October 24, 2025 |
| Plaintiff to Send Draft Proposed Pretrial Order | November 3, 2025 |
| Lodge Proposed Pretrial Order | November 10, 2025 |
| Pretrial Conference | November 24, 2025 |

The Court recently granted in part the United States' motion for partial summary judgment on the City's CERCLA liability (ECF No. 190) and also granted the United States' motion to dismiss the City's counterclaims for recoupment and for declaratory and injunctive relief under the Administrative Procedure Act (ECF No. 180). The Court also denied the City's motion to compel access to the Boat Channel for the City to perform sampling (ECF No. 184). In denying the City's motion, the Court found that "with respect to the parties' CERCLA causes of action, judicial review of any issues concerning the adequacy of the Navy's cleanup of the Boat Channel is limited to the administrative record" (ECF No. 184 at 8:1-4). In a footnote, the Court acknowledged that the City has

filed a motion to supplement the administrative record (ECF No. 153), and that in denying the requested sampling, the Court "makes no finding as to the merits of that motion" (ECF No. 184 at 8, n.8). Separately, the United States' motion to limit judicial review to the administrative record (ECF No. 156) is awaiting decision, as are the parties' respective summary judgment motions (ECF Nos. 154, 186, 188) and motions in limine to limit or exclude certain expert testimony (ECF Nos. 158, 159, 160, 161). Reply briefing on the City's and the United States' cross-motions for partial summary judgment on the United States' breach of contract claim will not be complete until September 26 (ECF No. 194). The parties agree that it would be inefficient to proceed with pretrial proceedings while those motions remain pending, as the outcomes of those motions will determine the issues to be decided and the evidence to be presented at trial. Extending the pretrial deadlines therefore promotes judicial economy by allowing the parties to prepare more targeted and streamlined disclosures.

      For these reasons, the parties respectfully move to extend the pretrial deadlines by four months.

DATED: September 8, 2025    Respectfully submitted,

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    Environment and Natural Resources Division
    **U.S. DEPARTMENT OF JUSTICE**

    /s/ *Brian Schaap*
    BRIAN SCHAAP (DC Bar No. 1780655)
    STEFAN J. BACHMAN (SC Bar No. 102182)
    Environmental Enforcement Section
    MICHAEL AUGUSTINI (DC Bar No. 452526)
    Environmental Defense Section
    P.O. Box 7611
    Washington, DC 20044

Phone: (202) 598-0116

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK MANHARDT
MARCUS SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
Corporate Financial Litigation Section
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077
Email: samuel.hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*


THOMAS F. VANDENBURG (CABN 163446)
tvandenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

/s/ *Barry P. Steinberg*
BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)

Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*