UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　　Defendants.<br><hr><br>AND RELATED CROSS-ACTION. | Case No.: 23cv0541-LL-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES**<br><br>**[ECF No. 195]** |

Pending before the Court is the parties' Joint Motion to Extend Pretrial Deadlines. ECF No. 195. Specifically, they seek a four-month extension. *See id*. at 3. For good cause shown, the Court **GRANTS** the parties' joint motion and sets these new deadlines:

- Pretrial Disclosures: February 17, 2026
- Memoranda of Contentions of Fact and Law: February 24, 2026
- Civil Local Rule 16.1(f)(4) Meeting: February 24, 2026
- Plaintiff to Send Draft Proposed Pretrial Order: March 3, 2026
- Lodge Proposed Pretrial Order: March 10, 2026

- Final Pretrial Conference: March 24, 2026, at 10:00 a.m., in Courtroom 14B of James M. Carter and Judith N. Keep, United States Courthouse, 333 West Broadway, San Diego, CA 92101

**IT IS SO ORDERED.**

Dated: September 8, 2025

_____
Honorable Linda Lopez
United States District Judge