UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>v.<br>CITY OF SAN DIEGO, et al.,<br>                                 Defendants.<br>_____<br>AND RELATED CROSS-ACTION. | Case No.: 23cv0541-LL-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>**[ECF No. 197]** |

For good cause shown, the Court **GRANTS** the parties' joint motion to extend briefing schedule [ECF No. 197] with the following deadlines: (1) **September 19, 2025**: United States opposition to Rule 72(a) objection; (2) **September 26, 2025**: City reply brief in support of Rule 72(a) objection; (3) **October 3, 2025**: the parties' respective oppositions to the other side's motion for summary judgment; and (4) **October 10, 2025**: the parties' respective reply briefs in support of their respective motions for summary judgment.

/ / /

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: September 15, 2025

Honorable Linda Lopez
United States District Judge