BRETT A. SHUMATE
Assistant Attorney General
U.S. Department of Justice
Civil Division
KIRK T. MANHARDT
MARCUS S. SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
Corporate Financial Litigation Section
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077
Samuel.Hobbs@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611 Washington, DC 20044
Phone: (202) 616-6536
*Attorneys for Plaintiff United States of America*

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et. al.<br>Defendants. | Case No. 3:23-cv-00541-LL-VET<br><br>**UNITED STATES' MOTION FOR A STAY OF BRIEFING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

1    The United States of America hereby moves for a stay of the briefing
2 deadlines for the parties' respective motions for partial summary judgment, ECF
3 Nos. 186 and 188, in the above-captioned case.
4    At the end of the day on September 30, 2025, the appropriations act that had
5 been funding the Department of Justice expired and those appropriations to the
6 Department of Justice lapsed. The same is true for the majority of other Executive
7 agencies, including the Department of the Navy. The Department of Justice does
8 not know when such funding will be restored by Congress.
9    Absent an appropriation, Department of Justice attorneys and employees of
10 the Department of the Navy are prohibited from working, even on a voluntary basis,
11 except in very limited circumstances, including "emergencies involving the safety
12 of human life or the protection of property." 31 U.S.C. § 1342.
13    Undersigned counsel for the Department of Justice therefore requests a stay
14 of the briefing deadlines for the parties' respective motions for partial summary
15 judgment, ECF Nos. 186 and 188, until Congress has restored appropriations to the
16 Department of Justice.
17    If this motion for a stay is granted, undersigned counsel will notify the Court
18 as soon as Congress has appropriated funds for the Department of Justice. The
19 Government requests that, at that point, the briefing deadlines be extended as
20 follows: the parties' respective oppositions to the motions for summary judgment
21 will be due 7 days after the date Congress restores appropriations, and the parties'
22 respective replies in support of their motions for summary judgment will be due 14
23 days after the date Congress restores appropriations.
24    Opposing counsel has authorized counsel for the Government to state that they
25 have no objection to this motion.
26    Therefore, although we greatly regret any disruption caused to the Court and
27 the other litigants, the Government hereby moves for a stay of the briefing deadlines
28 on the parties' respective motions for summary judgment, ECF Nos. 186 and 188,

until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

/s/ *Samuel Hobbs*
BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
MARCUS SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
Corporate Financial Litigation Section
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077
Email: samuel.hobbs@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*