ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*
*(Attorneys for Defendant and Counterclaim Plaintiff City of San Diego on next page)*

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-VET |
| Plaintiff, | |
| v. | **MOTION TO EXTEND THE BRIEFING SCHEDULE FOR THE MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| CITY OF SAN DIEGO, et. al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

| | |
|---|---|
| 1 | THOMAS F. VANDENBURG (State Bar No. 163446) |
| 2 | tvandenburg@wshblaw.com |
|   | **WOOD, SMITH, HENNING & BERMAN LLP** |
| 3 | 505 North Brand Boulevard, Suite 1100 |
| 4 | Glendale, California 91203 |
|   | Phone: (818) 551-6000 |
| 5 | Fax: (818) 551-6050 |
| 6 | |
| 7 | BARRY P. STEINBERG (admitted *Pro Hac Vice*) |
|   | Barry.steinberg@kutakrock.com |
| 8 | **KUTAK ROCK LLP** |
| 9 | 1133 Connecticut Avenue, NW |
|   | Suite 1200 |
| 10 | Washington, DC 20036 |
| 11 | Phone: (202) 828-2400 |
|   | Fax: (202) 828-2488 |
| 12 | |
| 13 | DWYER ARCE (admitted *Pro Hac Vice*) |
| 14 | Dwyer.arce@kutakrock.com |
|   | **KUTAK ROCK LLP** |
| 15 | 1650 Farnam Street |
| 16 | The Omaha Building |
|   | Omaha, NE 68102 |
| 17 | Phone: (402) 346-6000 |
| 18 | Fax: (402) 346-1148 |
| 19 | *Attorneys for Defendant and Counterclaim Plaintiff City of San Diego* |

In light of the Thanksgiving holiday, the United States moves to extend the briefing schedule for the parties' respective motions for summary judgment such that each party's response brief is due on Wednesday, November 26, 2025 and each party's reply brief is due on Friday, December 5, 2025.

On August 15, 2025, the City filed its motion for partial summary judgment on the United States' breach of contract counterclaim. ECF No. 186. On August 18, 2025, the United States filed its motion for partial summary judgment on the same counterclaim. ECF No. 188. The parties' respective oppositions to each other's motions were due on October 3, 2025, ECF No. 198, but the court stayed the briefing deadlines when the federal government shutdown, ECF No. 202.

Under the court's stay order, the briefing schedule was set to resume such that the parties' response briefs would be due 7 days after federal government operations resumed and the parties' reply briefs would be due 14 days after federal government operations resumed. ECF No. 202. The President signed a bill restoring federal appropriations in the evening of November 12 and federal employees returned to work on November 13. Accordingly, the current deadline for the parties to file their response briefs is November 20 and the deadline to file their reply briefs is November 27, which is the Thanksgiving holiday.

Undersigned counsel has long-standing leave scheduled around the Thanksgiving holiday. To avoid interference with travel plans for the Thanksgiving holiday while minimizing disruption to the briefing schedule, the United States moves to extend the deadlines for the parties' to file their respective response briefs to Wednesday, November 26, 2025 and their respective reply briefs to Friday, December 5, 2025.

The City has no objection to this motion.

| | |
|---|---|
| Dated: November 17, 2025 | /s/ *Samuel Hobbs* |
| | BRETT A. SHUMATE |
| | Assistant Attorney General |
| | Civil Division |
| | |
| | KIRK MANHARDT |
| | MARCUS SACKS |
| | ALASTAIR M. GESMUNDO (CABN 316573) |
| | SAMUEL F. HOBBS (AL Bar No. 9776O19E) |
| | Commercial Litigation Branch |
| | Corporate Financial Litigation Section |
| | P.O. Box 875, Ben Franklin Station |
| | Washington, DC 20044 |
| | Phone: (202) 616-8077 |
| | Email: samuel.hobbs@usdoj.gov |
| | |
| | ADAM R.F. GUSTAFSON |
| | Acting Assistant Attorney General |
| | Environment and Natural Resources Division |
| | |
| | STEFAN J. BACHMAN (SC Bar No. 102182) |
| | BRIAN SCHAAP (DC Bar No. 1780655) |
| | Environmental Enforcement Section |
| | MICHAEL AUGUSTINI |
| | Environmental Defense Section |
| | P.O. Box 7611 |
| | Washington, DC 20044 |
| | Phone: (202) 616-6536 |
| | |
| | MARK ALBERT RIGAU (CA Bar No. 223610) |
| | Environmental Defense Section |
| | 450 Golden Gate Avenue, Suite 07-6714 |
| | San Francisco, CA 94102 |
| | Phone: (415) 744-6487 |
| | |
| | *Attorneys for Plaintiff and Counterclaim-Defendant United States of America* |