| | |
|---|---|
| 1 | Barry P. Steinberg (admitted *Pro Hac Vice*) |
| | barry.steinberg@kutakrock.com |
| 2 | **KUTAK ROCK LLP** |
| | 1133 Connecticut Avenue, NW |
| 3 | Suite 1200 |
| | Washington, DC  20036 |
| 4 | Telephone: (202) 828-2400 |
| 5 | Dwyer Arce (admitted *Pro Hac Vice*) |
| | dwyer.arce@kutakrock.com |
| 6 | **KUTAK ROCK LLP** |
| | 1650 Farnam Street |
| 7 | The Omaha Building |
| | Omaha, NE 68102 |
| 8 | Telephone: (402) 346-6000 |
| 9 | Thomas F. Vandenburg (SBN 163446) |
| | tvandenburg@wshblaw.com |
| 10 | Alice Charkhchyan (SBN 332670) |
| | acharkhchyan@wshblaw.com |
| 11 | **WOOD, SMITH, HENNING & BERMAN LLP** |
| | 505 North Brand Boulevard, Suite 1100 |
| 12 | Glendale, CA 91203 |
| | Telephone: (818) 551-6000 |
| 13 | |
| 14 | *Attorneys for Defendant/Cross Defendant/ Counter Claimant/Cross Claimant City of San Diego* |
| 15 | |
| 16 | *(Attorneys for Plaintiff and Counterclaim Defendant United States of America on next page)* |
| 17 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 20 | UNITED STATES OF AMERICA, | Case No. 3:23-CV-00541-LL-VET |
| 21 | Plaintiff, | **THIRD JOINT MOTION TO EXTEND THE PRETRIAL DEADLINES** |
| 22 | v. | |
| 23 | CITY OF SAN DIEGO, | The Hon. Linda Lopez |
| 24 | Defendant. | Trial Date: None Set |
| 25 | *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |
| 26 | | |
| 27 | | |
| 28 | | |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
**U.S. DEPARTMENT OF JUSTICE**
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4664

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
**U.S. DEPARTMENT OF JUSTICE**
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL C. AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-9566

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

The United States and the City of San Diego (the "City") submit this joint motion to extend the pretrial deadlines in this case by four months.

The Court previously extended these deadlines by order entered on September 8, 2025 (ECF No. 196), following the parties' joint motion (ECF No. 195) and the City's earlier request for additional time to complete fact discovery (ECF Nos. 78 and 87). Fact discovery was completed on November 6, 2024, and expert discovery was completed on February 20, 2025. Under the current scheduling order, the pretrial deadlines are as follows:

| Pretrial Disclosures | February 17, 2026 |
| --- | --- |
| Memoranda of Contentions of Fact and Law | February 24, 2026 |
| Civil Local Rule 16.1(f)(4) Meeting | February 24, 2026 |
| Plaintiff to Send Draft Proposed Pretrial Order | March 3, 2026 |
| Lodge Proposed Pretrial Order | March 10, 2026 |
| Pretrial Conference | March 24, 2026 |

The Court recently granted in part the United States' motion for partial summary judgment on the City's CERCLA liability (ECF No. 190) and also granted the United States' motion to dismiss the City's counterclaims for recoupment and for declaratory and injunctive relief under the Administrative Procedure Act (ECF No. 180). The Court also denied the City's motion to compel access to the Boat Channel for the City to perform sampling (ECF No. 184). The City has filed a Rule 72(A) Objection to that Order at ECF No. 191. In denying the City's motion, the Court found that "with respect to the parties' CERCLA causes of action, judicial review of any issues concerning the adequacy of the Navy's cleanup of the Boat Channel is limited to the administrative record" (ECF No. 184 at 8:1-4). In a footnote, the Court

acknowledged that the City has filed a motion to supplement the administrative record (ECF No. 153), and that in denying the requested sampling, the Court "makes no finding as to the merits of that motion" (ECF No. 184 at 8, n.8). Separately, the United States' motion to limit judicial review to the administrative record (ECF No. 156) is awaiting decision, as are the parties' respective summary judgment motions (ECF Nos. 154, 186, 188) and motions in limine to limit or exclude certain expert testimony (ECF Nos. 158, 159, 160, 161). Reply briefing on the City's and the United States' cross-motions for partial summary judgment on the United States' breach of contract claim was completed on December 5, 2025. The parties agree that it would be inefficient to proceed with pretrial proceedings while those motions remain pending, as the outcomes of those motions will determine the issues to be decided and the evidence to be presented at trial. Extending the pretrial deadlines therefore promotes judicial economy by allowing the parties to prepare more targeted and streamlined disclosures.

For these reasons, the parties respectfully move to extend the pretrial deadlines by four months.

DATED: January 12, 2026

Respectfully submitted,

*/s/ Barry P. Steinberg*
Barry P. Steinberg (admitted *Pro Hac Vice*)
Barry.Steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Telephone: (202) 828-2400

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.Arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000

THOMAS F. VANDENBURG (CABN 163446)
tvandenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
**U.S. DEPARTMENT OF JUSTICE**

*/s/ Stefan J. Bachman*
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 598-9566

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
KIRK MANHARDT
MARCUS S. SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4664

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*