UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                                    Defendants.<br><br>_____<br><br>AND RELATED CROSS-ACTION. | Case No.:  23cv0541-LL-VET<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE**<br><br>**[ECF No. 212]** |

Before the Court is Defendant City of San Diego's ("City") Motion to Strike Plaintiff United States of America's ("United States") Notice of Clarification filed on December 22, 2025 [ECF No. 211 ("Notice")]. ECF No. 212 ("Mot."). United States filed a response in opposition [ECF No. 213] and the City filed a reply [ECF No. 214]. For the reasons below, the Court **GRANTS** the City's Motion.

On December 22, 2025, United States filed a "Notice of Clarification Regarding Its Opposition to the City's Objection to the Magistrate Judge's Order (ECF 184) and Its Motion to Limit Review to the Administrative Record (ECF 156)." ECF No. 211. The Notice essentially asks the Court to consider United States's argument regarding *Atlantic Richfield Co. v. Christian*, 590 U.S. 1 (2020) in deciding the City's objections to the

1  Magistrate Judge's order denying the City's motion to compel [ECF No. 184] despite the
2  fact that the City did not cite or make any arguments based on *Atlantic Richfield* in its
3  motion to compel, at the February 4, 2025 motion to compel hearing before Judge Torres,
4  or in its briefs objecting to Judge Torres' order denying the motion to compel. ECF No.
5  211 at 2. The Court agrees with the City that it was an improper sur-reply that was filed
6  without leave of the Court in violation of the Chambers Rule 3(E) as it does not present
7  new authority. Therefore, the Court **GRANTS** the City's Motion, and ECF No. 211 is
8  **HEREBY STRICKEN**.

        **IT IS SO ORDERED.**

   Dated:  February 27, 2026

   _____
   Honorable Linda Lopez
   United States District Judge