ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
**U.S. DEPARTMENT OF JUSTICE**
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 616-6536

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*
*(Attorneys for Defendant and Counterclaim Plaintiff City of San Diego on next page)*

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cv-00541-LL-VET |
| Plaintiff, | **JOINT MOTION TO SET ALTERNATE PRETRIAL DEADLINES** |
| v. | |
| CITY OF SAN DIEGO, et al. | |
| Defendants. | |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

*3:23-cv-00541-LL-VET*

1

THOMAS F. VANDENBURG (State Bar No. 163446)
tvandenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*

*3:23-cv-00541-LL-VET*

The United States and the City of San Diego (the "City") submit this joint motion to set the following pretrial deadlines:

| | |
|---|---|
| Pretrial Disclosures | June 2, 2026 |
| Memoranda of Contentions of Fact and Law | June 9, 2026 |
| Civil Local Rule 16.1(f)(4) Meeting | June 17, 2026 |
| Plaintiff to Send Draft Proposed Pretrial Order | June 23, 2026 |
| Lodge Proposed Pretrial Order | June 30, 2026 |
| Pretrial Conference | July 14, 2026 |

Due to prior commitments, attorneys for the United States would have difficulty attending a pretrial conference on June 9, which is the date most recently ordered by the Court for the pretrial conference to occur. ECF No. 228; Exhibit A, Declaration of Stefan Bachman. The parties have conferred to identify alternative dates for the pretrial conference and for the other pretrial deadlines leading up to the conference. The dates proposed in this joint motion are mutually agreeable to both parties and to all attorneys. The parties therefore respectfully move the Court to set the pretrial deadlines accordingly.

DATED: April 23, 2026        Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
**U.S. DEPARTMENT OF JUSTICE**

/s/ *Brian Schaap*
BRIAN SCHAAP (DC Bar No. 1780655)

*3:23-cv-00541-LL-VET*

3

STEFAN J. BACHMAN (SC Bar No. 102182)
Environmental Enforcement Section
MICHAEL AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 598-0116

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK MANHARDT
MARCUS SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
Corporate Financial Litigation Section
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077
Email: samuel.hobbs@usdoj.gov

*Attorneys for Plaintiff and Counterclaim-Defendant United States of America*

THOMAS F. VANDENBURG (CABN 163446)
tvandenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: (818) 551-6000
Fax: (818) 551-6050

/s/ *Barry P. Steinberg*
BARRY P. STEINBERG (admitted *Pro Hac Vice*)
Barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW

*3:23-cv-00541-LL-VET*

4

Suite 1200
Washington, DC 20036
Phone: (202) 828-2400
Fax: (202) 828-2488

DWYER ARCE (admitted *Pro Hac Vice*)
Dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Phone: (402) 346-6000
Fax: (402) 346-1148

*Attorneys for Defendant and Counterclaim Plaintiff City of San Diego*

*3:23-cv-00541-LL-VET*