Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC  20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (SBN 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (SBN 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
City of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-CV-00541-LL-VET |
| Plaintiff, | **CITY OF SAN DIEGO'S PRETRIAL DISCLOSURES** |
| v. | The Hon. Linda Lopez |
| CITY OF SAN DIEGO, | Trial Date: None Set |
| Defendant. | |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 26(a)(3), this disclosing party, City of San Diego (hereinafter, the "City") hereby submits the following Pretrial Disclosures:

## I.    Identification of Witnesses

Pursuant to Rule 26(a)(3)(A)(i), the City identifies the following witnesses it expects to present at trial:

1. Adam H. Love, Ph.D.
2. J. Michael Trapp, Ph.D.
3. Andrew Kleis
4. Charles Modica
5. Benjamin Battaglia

## II.    Designation of Witnesses Whose Testimony is Expected to be Presented by Deposition

Pursuant to Rule 26(a)(3)(A)(ii), the City does not presently designate any witnesses whose testimony the City expects to present by deposition.

## III.    Identification of Documents and Other Evidence

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(iii), the City identifies the following documents and other exhibits, including summaries of other evidence the City expects to offer at trial and those it may offer if the need arises in Attachment 1, the City of San Diego's Proposed Trial Exhibit List.

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

- 2 -

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S PRETRIAL DISCLOSURES

DATED: June 2, 2026

Respectfully submitted,

**KUTAK ROCK LLP**


By: *s/ Barry P. Steinberg*
 Barry P. Steinberg
 barry.steinberg@kutakrock.com

Attorney for Defendant/Cross
Defendant/Counter Claimant/Cross
Claimant
City of San Diego

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S PRETRIAL DISCLOSURES