ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL C. AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536

*Attorneys for Plaintiff and Counterclaim Defendant United States of America*

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et. al.<br><br>    Defendants.<br><br>*AND RELATED CROSS AND COUNTER CLAIMS* | Case No. 3:23-cv-00541-LL-VET<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S INITIAL DEPOSITION DESIGNATIONS FOR TRIAL**<br><br>PTC Date: July 14, 2026<br>Courtroom 14B<br>Hon. Linda Lopez |

Pursuant to Rule 26(a)(3) and the Court's scheduling order (Dk. 230 at 2), Plaintiff United States of America hereby provides the following disclosure of deposition testimony that it may or will introduce at the trial in this matter.

-1-                    Case No. 3:23-cv-00541-LL-VET
                       U.S. Deposition Designations

**Doug Campbell (July 30, 2024)**
City of San Diego Rule 30(b)(6) designee

| Start | End |
|-------|-----|
| 18:13 | 19:7 |
| 31:11 | 32:13 |
| 47:9 | 50:19 |
| 86:6 | 88:21 |
| 86:6 | 88:21 |
| 124:8 | 125:1 |
| 127:7 | 128:3 |
| 129:2 | 129:18 |
| 129:2 | 129:18 |
| 130:14 | 130:17 |
| 133:9 | 134:11 |
| 134:12 | 134:23 |
| 223:21 | 223:25 |
| 223:21 | 223:25 |
| 228:3 | 228:14 |
| 228:3 | 228:14 |
| 228:15 | 230:15 |
| 228:15 | 230:15 |
| 232:6 | 233:5 |
| 232:6 | 233:5 |
| 234:25 | 235:10 |
| 234:25 | 235:10 |

Case No. 3:23-cv-00541-LL-VET
                    U.S. Deposition Designations

**Jason Kubota (February 11, 2025)**

| Start | End |
|---|---|
| 93:1 | 99:7 |

**Amanda Parra (August 5, 2024)**
City of San Diego Rule 30(b)(6) designee

| Start | End |
|---|---|
| 11:12 | 11:22 |
| 13:25 | 14:16 |
| 34:13 | 36:02 |
| 39:06 | 40:03 |

**Karin Peternel (August 7, 2024)**
City of San Diego Rule 30(b)(6) designee

| Start | End |
|---|---|
| 18:9 | 18:18 |
| 22:20 | 23:17 |
| 52:8 | 53:23 |
| 60:19 | 61:24 |
| 62:8 | 62:15 |
| 72:10 | 73:14 |
| 73:20 | 74:15 |
| 75:3 | 75:15 |
| 76:9 | 76:14 |
| 76:25 | 77:5 |
| 89:16 | 90:18 |

Case No. 3:23-cv-00541-LL-VET
U.S. Deposition Designations

| 93:10 | 93:18 |

**Andre Sonksen (August 6, 2024)**
City of San Diego Rule 30(b)(6) designee

| Start | End |
|---|---|
| 7:21 | 7:23 |
| 12:4 | 13:23 |
| 14:15 | 14:22 |
| 37:2 | 37:21 |
| 38:10 | 38:19 |
| 39:18 | 41:7 |
| 46:9 | 48:9 |
| 48:13 | 48:17 |
| 49:23 | 49:25 |
| 53:10 | 54:4 |
| 57:11 | 59:21 |
| 60:23 | 61:14 |
| 63:25 | 64:9 |
| 66:8 | 66:10 |
| 66:21 | 67:3 |
| 116:23 | 117:2 |
| 161:24 | 162:9 |
| 170:22 | 171:4 |
| 197:24 | 198:6 |
| 199:1 | 199:19 |
| 200:22 | 201:17 |
| 205:18 | 206:22 |

Case No. 3:23-cv-00541-LL-VET
U.S. Deposition Designations

| 207:13 | 208:4 |
|--------|--------|
| 223:6 | 223:19 |

**Peter Vroom (July 16, 2024)**
City of San Diego Rule 30(b)(6) designee

| Start | End |
|-------|-----|
| 11:2 | 11:15 |
| 12:1 | 12:18 |
| 33:9 | 36:6 |
| 40:9 | 41:14 |
| 45:2 | 46:8 |
| 59:6 | 59:9 |
| 59:20 | 60:13 |
| 61:20 | 63:8 |
| 64:1 | 64:21 |
| 67:21 | 67:23 |
| 69:1 | 71:18 |
| 84:15 | 84:16 |
| 91:10 | 92:23 |
| 94:6 | 94:14 |
| 102:14 | 103:21 |
| 103:2 | 103:21 |

Case No. 3:23-cv-00541-LL-VET
U.S. Deposition Designations

**Marc Webb (January 13, 2025)**

| Start | End |
|-------|------|
| 9:8 | 10:15 |
| 11:22 | 11:25 |
| 30:15 | 31:23 |
| 32:8 | 32:11 |
| 33:12 | 34:7 |
| 34:8 | 36:2 |
| 36:8 | 37:13 |
| 37:18 | 38:15 |
| 38:16 | 38:25 |

The United States reserves the right modify these designations based on Defendant City of San Diego's disclosures and to counter-designate additional testimony in accordance with the Federal Rules and the Court's orders.

Respectfully Submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Attorney General
Environment and Natural Resources Division

Dated: June 2, 2026          /s/ *Michael C. Augustini*
STEFAN J. BACHMAN (SC Bar No. 102182)
BRIAN SCHAAP (DC Bar No. 1780655)
Environmental Enforcement Section
MICHAEL C. AUGUSTINI (DC Bar No. 452526)
Environmental Defense Section

P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536
Stefan.bachman@usdoj.gov
Brian.Schaap@usdoj.gov
Michael.augustini@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
MARCUS SACKS
ALASTAIR M. GESMUNDO (CABN 316573)
SAMUEL F. HOBBS (AL Bar No. 9776O19E)
Commercial Litigation Branch
Corporate Financial Litigation Section
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-8077

***Attorneys for Plaintiff and Counterclaim-Defendant United States of America***