Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC  20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (SBN 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (SBN 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
City of San Diego

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>CITY OF SAN DIEGO,<br><br>             Defendant.<br><br>*AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | Case No. 3:23-CV-00541-LL-VET<br><br>**CITY OF SAN DIEGO'S AMENDED PRETRIAL DISCLOSURES**<br><br>The Hon. Linda Lopez<br><br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 26(a)(3), this disclosing party, City of San Diego (hereinafter, the "City") hereby submits the following Pretrial Disclosures:

## I.    <u>Identification of Witnesses</u>

Pursuant to Rule 26(a)(3)(A)(i), the City identifies the following witnesses it expects to present at trial:

1.    Adam H. Love, Ph.D.
Principal Scientist, Expert
Roux Associates, Inc.
555 12th Street, Suite 250
Oakland, CA 94607

2.    J. Michael Trapp, Ph.D.
National Water Resources Market Lead, Expert
AtkinsRéalis
11452 El Camino Real, Suite 120
San Diego, CA 92130

3.    Andrew Kleis
Assistant Director, Water Delivery Branch
City of San Diego Public Utilities Department
525 B St.
San Diego, CA 92101

4.    Charles Modica
Independent Budget Analyst, City of San Diego
202 C St.
San Diego, CA 92101

5.    Benjamin Battaglia
Director of Finance and City Comptroller, City of San Diego
202 C St.
San Diego, CA 92101

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S AMENDED PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3)(A)(i), the City identifies the following witnesses it may present at trial if the need arises:

1.    David Gibson
Executive Officer
San Diego Regional Water Quality Control Board
2375 Northside Drive, Suite 100
San Diego, CA 92108

2.    Chehreh Komeylyan
Water Resource Control Engineer
San Diego Regional Water Quality Control Board
2375 Northside Drive, Suite 100
San Diego, CA 92108

3.    Sean McClain
Senior Engineering Geologist
Program Manager for Site Restoration, Military Facilities Unit
San Diego Regional Water Quality Control Board
2375 Northside Drive, Suite 100
San Diego, CA 92108

4.    Kristin Schwall
Water Resource Control Engineer, retired
San Diego Regional Water Quality Control Board
2375 Northside Drive, Suite 100
San Diego, CA 92108

5.    Rene Luis Cardinale
U.S. Department of Navy
Remedial Project Manager
Naval Facilities Engineering Systems Command Southwest
750 Pacific Highway
San Diego, CA 92132

6.    Lonie Cyr
U.S. Department of Navy
Cadastral Department
Naval Facilities Engineering Systems Command Southwest
750 Pacific Highway

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S AMENDED PRETRIAL DISCLOSURES

San Diego, CA 92132

7.   Amy Jo Hill
     U.S. Department of Navy
     Real Estate Contracting Officer
     Navy Facilities Engineering Systems Command
     750 Pacific Highway
     San Diego, CA 92132

8.   Janet Lear
     U.S. Department of Navy
     Navy Deputy Base Closure Manager
     BRAC PMO West
     1455 Frazee Road, Suite 900
     San Diego, CA 92108

9.   Thomas Macchiarella
     U.S. Department of Navy
     BRAC Base Closure Manager
     Base Realignment and Closure Program Management Office, West
     33000 Nixie Way, Building 50
     San Diego, CA 92147

10.  Anthony Megliola
     U.S. Department of Navy
     BRAC Base Closure Manager
     Base Realignment and Closure Program Management Office, West
     33000 Nixie Way, Building 50
     San Diego, CA 92147

11.  Doug Campbell
     Deputy Director, Pure Water Operations
     City of San Diego Public Utilities Department
     525 B St.
     San Diego, CA 92101

12.  Victoria Kalkirtz-Moore
     Stormwater Compliance Manager
     City of San Diego Public Utilities Department
     525 B St.

- 4 -

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

San Diego, CA 92101

13. Ruth Kolb
Biologist – Storm Water Specialist, City of San Diego, retired
City of San Diego Public Utilities Department
525 B St.
San Diego, CA 92101

14. Amanda M. Parra
Assistant Deputy Director, Stormwater Department, Operations Division
City of San Diego Public Utilities Department
525 B St.
San Diego, CA 92101

15. Andre Sonksen
Stormwater Compliance Manager
City of San Diego Public Utilities Department
525 B St.
San Diego, CA 92101

16. Peter Vroom, Ph.D.
Deputy Director
City of San Diego Public Utilities Department
525 B St.
San Diego, CA 92101

17. Marc Webb
Deputy Director, Records Management and Research
Office of the City Clerk for the City of San Diego
202 C St., Second Floor
San Diego, CA 92101

The City reserves the right to present other witnesses depending upon the evidence offered by the United States of America at the trial, including witnesses to impeach or rebut any witness's testimony or evidence.

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S AMENDED PRETRIAL DISCLOSURES

## II.   Designation of Witnesses Whose Testimony is Expected to be Presented by Deposition

Pursuant to Rule 26(a)(3)(A)(ii), the City does not presently expect to present witness testimony by deposition testimony, other than for purposes of rebuttal or impeachment.

## III.   Identification of Documents and Other Evidence

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(iii), the City identifies the following documents and other exhibits, including summaries of other evidence the City expects to offer at trial and those it may offer if the need arises in Attachment 1, the City of San Diego's Proposed Trial Exhibit List.

DATED: June 4, 2026                    Respectfully submitted,

                                                   **KUTAK ROCK LLP**


                                                   By: *s/ Barry P. Steinberg*
                                                   Barry P. Steinberg
                                                   barry.steinberg@kutakrock.com

                                                   Attorney for Defendant/Cross
                                                   Defendant/Counter Claimant/Cross
                                                   Claimant
                                                   City of San Diego

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

- 6 -                                              3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S AMENDED PRETRIAL DISCLOSURES

Kutak Rock LLP
Attorneys at Law
Washington DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S AMENDED PRETRIAL DISCLOSURES