# EXHIBIT 1

## PLAINTIFF UNITED STATES OF AMERICA'S TRIAL EXHIBIT LIST

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|-----|-------------|---------------|-------------|
| T0012 | | | Comprehensive Long-Term Environmental Action Navy (Clean 3) Final Remedial Investigation Report for IR Site Volume I of IV. Bechtel Environmental. Date: 10/12/2003. (USN_0017144) |
| T0017 | | | Comprehensive Long-Term Environmental Action Navy (Clean 2) Final Work Plan Sediment Characterization of the Boat Channel NTC San Diego, CA. Bechtel National. Date: Feb. 1996. (USN_0030658) |
| T0020 | | | Comprehensive Long-Term Environmental Action Navy (Clean 2) Final Report Sediment Characterization of the Boat Channel NTC San Diego, CA. Bechtel National. Date: Dec. 1996. (USN_0036743) |
| T0032 | | | Comprehensive Long-Term Environmental Action Navy (Clean 2) Final Technical Memorandum Rough-Order-Magnitude Cost Estimate for Dredging of  The Boat Channel Former NTC. Bechtel National. Date: Sep. 1998. (USN_0048064) |
| T0042 | | | Comprehensive Long-Term Environmental Action Navy Clean 3 Technical Memorandum Sediment AOEC Site 12, the Boat Channel Former NTC. Bechtel Environmental. Date: 03/16/2001. (USN_0061539) |
| T0064 | | | Final Alternative Cleanup Levels Technical Memorandum, Boat Channel Sediments. Trevet. Date: 11/06/2014. (USN_0086646) |
| T0071 | | | Final Watershed Contaminated Source Document, Site 12, Boat Channel Sediments. Brown and Caldwell. Date: 05/25/2010. (USN_0090753) |
| T0072 | | | Final Record of Decision/Final Remedial Action Plan for Site 12, Boat Channel Sediments.Trevet. Date: 03/28/2017. (USN_0098177) |
| T0076 | | | Draft Potentially Responsible Party Evaluation NTC. Matrix Environmental Services. Date: Mar. 2005. (USN_0168733) |
| T0085 | | | Bacteriological Source Investigation. Luke-Dudek. Date: 01/27/1983. (USN_0419441) |
| T0131 | | | Final Remedial Investigation report for Site 12m The Boat Channel, Volumes 1 through 4 of 4. Bechtel Environmental. Date: 10/20/2003. (USN_0526556) |
| T0133 | | | Final Report Sediment Characterization of the Boat Channel Volumes 1 and 2 of 2. Bechtel National. Date: 12/04/1996. (USN_0531068) |
| T0135 | | | Final Remedial Investigation Work Plan For Site 12, The Boat Channel. Bechtel National. Date: 07/08/1998. (USN_0532223) |
| T0295 | | | Award of Contract N62473-13-D-4803, Task Order 0033. Date: 06/03/2015. (USN_0316792) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0305 | | | Trevet Invoice and Progress Report: TRVT-1825. Date: 04/30/2019. (USN_0316861) |
| T0306 | | | Trevet Invoice and Progress Report: TRVT-1493. Date: 01/20/2017. (USN_0316866) |
| T0307 | | | Trevet Invoice and Progress Report: TRVT-1526. Date: 03/22/2017. (USN_0316871) |
| T0308 | | | Trevet Invoice: TRVT-1844. Date: 04/15/2020. (USN_0316877) |
| T0309 | | | Trevet Invoice and Progress Report: TRVT-1584. Date: 07/17/2017. (USN_0316880) |
| T0310 | | | Proof of payment (Cognos payment data) for invoice numbers: TRVT-1493, TRVT-1526, TRVT-1584, TRVT-1825, TRVT-1844. Date: N/A. (USN_0316886) |
| T0311 | | | Trevet-Bay West Invoice and Progress Report: 1654. Date: 12/10/2021. (USN_0316887) |
| T0312 | | | Trevet-Bay West Invoice and Progress Report: 1612. Date: 10/12/2021. (USN_0316893) |
| T0313 | | | Trevet-Bay West Invoice and Progress Report: 2243. Date: 05/03/2023. (USN_0323275) |
| T0315 | | | Trevet-Bay West Invoice and Progress Report: 1706. Date: 02/03/2022. (USN_0323293) |
| T0316 | | | Trevet-Bay West Invoice and Progress Report: 1772. Date: 04/14/2022. (USN_0323299) |
| T0317 | | | Trevet-Bay West Invoice and Progress Report: 1809. Date: 05/13/2022. (USN_0323305) |
| T0318 | | | Trevet-Bay West Invoice and Progress Report: 1840. Date: 06/13/2022. (USN_0323311) |
| T0319 | | | Trevet-Bay West Invoice and Progress Report: 1867. Date: 07/13/2022. (USN_0323317) |
| T0320 | | | Trevet-Bay West Invoice and Progress Report: 1968. Date: 09/21/2022. (USN_0323323) |
| T0321 | | | Trevet-Bay West Invoice and Progress Report: 2022. Date: 11/07/2022. (USN_0323329) |
| T0322 | | | Trevet-Bay West Invoice and Progress Report: 2196. Date: 03/21/2023. (USN_0323335) |
| T0404 | | | Trevet Invoice and Progress Report: TRVT-1311. Date: 07/21/2015. (USN_0325214) |
| T0407 | | | Trevet Invoice and Progress Report: TRVT-1338. Date: 09/10/2015. (USN_0325240) |
| T0408 | | | Trevet Invoice and Progress Report: TRVT-1352. Date: 10/26/2015. (USN_0325250) |
| T0410 | | | Trevet Invoice and Progress Report: TRVT-1371. Date: 12/29/2015. (USN_0325268) |
| T0412 | | | Trevet Invoice and Progress Report: TRVT-1384. Date: 02/16/2016. (USN_0325290) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0414 | | | Trevet Invoice and Progress Report: TRVT-1405. Date: 04/13/2016. (USN_0325311) |
| T0415 | | | Trevet Invoice and Progress Report: TRVT-1419. Date: 06/01/2016. (USN_0325321) |
| T0417 | | | Trevet Invoice and Progress Report: TRVT-1450. Date: 09/14/2016. (USN_0325342) |
| T0420 | | | Trevet Invoice and Progress Report: TRVT-1461. Date: 11/03/2016. (USN_0325375) |
| T0427 | | | Trevet-Bay West Invoice and Progress Report: 2087. Date: 12/15/2022. (USN_0325450) |
| T0428 | | | Trevet-Bay West Invoice and Progress Report: 2119. Date: 01/17/2023. (USN_0325456) |
| T0429 | | | Trevet-Bay West Invoice and Progress Report: 2336. Date: 07/18/2023. (USN_0325462) |
| T0439.00 | | | Proof of payment (WAWF data in Contract Research Report) for invoice numbers: TRVT-1311, TRVT-1338, TRVT-1352, TRVT-1371, TRVT-1384, TRVT-1405, TRVT-1419, TRVT-1450, TRVT-1461. Date: N/A. (USN_0325486) |
| T0439.01 | | | Award of Contract N62473-18-D-0202, Task Order N6247321F5226. Date: 08/06/2021. (USN_0335584) |
| T0439.02 | | | Proof of payment (COBRA Report) for invoice numbers: 1612, 1654, 1706, 1772, 1809, 1840, 1867, 1968, 2022, 2087, 2119, 2196, 2243, 2336. Date: N/A. (USA_0058373) |
| T0468.00 | | | Native Excel File of Exhibit B to Bill Kime's Expert Report (Case Time by Employee Report) - Showing DOJ enforcement costs from 9/1/2022 to 10/31/2024 Date: 10/31/2024. (USA_0057545) |
| T0468.01 | | | Other Direct Costs Summary (9/1/022 to 10/31/2024). Date: N/A. (USA_0072124) |
| T0468.02 | | | Native Excel File (Case Time by Employee Report) - Showing DOJ enforcement costs from 9/1/2022 to 6/2/2026. Date: 06/02/2026. (N/A) |
| T0469.00 | | | FRE 1006 Summary of DOJ's costs (Excel File) - Showing DOJ enforcement costs from 9/1/2022 to 10/31/2024. Date: 10/31/2024. (USA_0057545) |
| T0469.01 | | | FRE 1006 Summary of DOJ's costs (Excel File) - Showing DOJ enforcement costs from 9/1/2022 to 6/2/2026. Date: 06/02/2026. (N/A) |
| T0469.02 | | | Wright Water Engineers. Original Incomplete Invoice #67731. Date: 08/29/2023. (USA_0072149) |
| T0469.03 | | | Wright Water Engineerrs. Corrected Invoice #67731. Date: 09/25/2023. (USA_0077300) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0470 | | | Letter from John Hill, Navy, to C. Sherrie Komeylyan, CRWQCB. Transmittal of the Final Record of Decision/Final Remedial Action Plan, Installation Restoration Site 12. Date: 8/18/2017. (CITY 006123) |
| T0472 | | | Final Feasibility Study Report, IR Site 12. Trevet. Date: 9/15/2016. (USN_0087649) |
| T0473 | | | Final Remedial Action Completion Report, IR Site 12. Date: 3/14/2019. (USN_0110219) |
| T0474 | | | City's current NPDES MS4 General Permit CAS0109266 issued by Order No. R9-2013-0001. Date: 11/18/2015. (REF_0019937) |
| T0475 | | | Ultimate Condition Watershed Study & Storm Drain Capital Improvement Program for the Naval Training Center Redevelopment. RBF Consulting. Date: Apr. 2001. (CITY 00040376) |
| T0477 | | | Drainage Study for Lytton Street and Rosecrans Street Intersection in San Diego. RBF Consulting. Date: 11/13/2002. (DSD 00001) |
| T0478 | | | Vector Views: Biology and Control of Cockroaches in the San Diego City Sewer System. Richard Mackie. Date: 10/27/1969. (USA_0032172) |
| T0479 | | | California Regional Water Quality Control Board Order No. R9-2007-0001. Date: 1/24/2007. (USA_0059055) |
| T0481 | | | San Diego Union newspaper article. Date: 07/17/1948. (USA_0014538) |
| T0482 | | | Final Report on Airfield Marking Paints, State-of-the-Art. Date: Sep. 1978. (USA_0049958) |
| T0483 | | | January 1948 map from the NOAA Office of Coast Survey Historical Map & Chart Collection: Map of San Diego Bay. Date: Jan. 1948. (USA_0050866) |
| T0484 | | | Letter from Roberto Ramos-Antonmattei, Navy, to Drew Kleis, San Diego. Environmental Response at Former Naval Training Center San Diego Boat Channel. Date: 12/27/2016. (USN_0184080) |
| T0486 | | | Mosquitos Leave Civic Bowl at Request of DDT (Chula Vista Star). Date: 8/15/1947. (USA_0034781) |
| T0487 | | | Annual Report of the City Manager, 1948-1949. Date: 06/30/1949. (USA_0057461) |
| T0488 | | | S.D. to Spray DDT Over Infested Areas (San Pedro News Pilot). Date: 07/15/1948. (USA_0034782) |
| T0489 | | | The San Diego Union. Morning Ed. "Health Department Maps War on Flies." Date: 07/19/1949. (USA_0014539) |
| T0490 | | | Mosquito Control Truck Sent Out (Weekly Times). Date: 06/10/1949. (USA_0035275) |
| T0491 | | | The Use of Insecticides for Mosquito Control in California. A.F. Geib. Date: Jun. 1951. (USA_0035350) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0492 | | | SD Marsh Mosquitoes (San Diego Union). Date: 1/17/1954. (USA_0035888) |
| T0493 | | | Once Bitten is Enough (San Diego Union Tribune). Date: 4/20/1958. (USA_0035900) |
| T0494 | | | California Mosquito Control Association Year Book. Date: 1963. (USA_0036067) |
| T0495 | | | Citrus Fly Infestation (SD Union). Date: 9/24/1967. (USA_0014542) |
| T0496 | | | Pronto DDT Advertisement (SD Tribune-Sun). Date: 10/25/1945. (USA_0057332) |
| T0497 | | | Japanese Beetle Eradication. Date: 7/23/1974. (USA_0048522) |
| T0498 | | | Win the Battle Advertisement (SD Evening Tribune). Date: 8/5/1971. (USA_0057363) |
| T0499 | | | Chacon Advertisement (SD Union). Date: 7/24/1977. (USA_0057367) |
| T0500 | | | Put Chlordane Around Foundation (SD Union). Date: 9/26/1968. (USA_0032205) |
| T0501 | | | Southland Gardening (SD Evening Tribune). Date: 6/17/1955. (USA_0032197) |
| T0502 | | | Control of Pests in San Diego Zoo (JEH). Richard Mackie. Date: Feb. 1957. (USA_0014298) |
| T0503 | | | Gardening in Southern California. H.B. Sies. Date: 1918. (USA_0032807) |
| T0504 | | | Lead Arsenate (San Diego Union). Date: 06/30/1929. (USA_0033049) |
| T0505 | | | County Seeking Cooperation in Mosquito Drive (Chula Vista Star-News). Date: 04/28/1960. (USA_0036015) |
| T0506 | | | "Unlock" the Plant Minerals Chula Vista Star News). Date: 07/25/1963. (USA_0057354) |
| T0507 | | | Pesticides Require Caution (SD Union). Date: 03/15/1964. (USA_0032112) |
| T0508 | | | Pesticide Disposal Measures (SD Union). Date: 07/19/1970. (USA_0032122) |
| T0509 | | | Toxic-Waste Problems (SD Evening Tribune). Date: 09/29/1980. (USA_0032130) |
| T0510 | | | Bay Pollution Quarantine (SD Union). Date: 09/25/1956. ( USA_0032510) |
| T0511 | | | Lead Memory in General Aviation Aircraft Engine Emissions (JATE). Randal DeMik, Jason Kelcher, et al. Date: 2012. (USA_0050168) |
| T0514 | | | Consideration of Materials for Aircraft Brakes. NASA. Date: Apr. 1972. (USA_0041061) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0515 | | | Size, Shape, and Composition of Disc Brake Materials (Tribology). Jens Wahlstrom, Lars Olander, et al. Date: 12/29/2009. (USA_0050087) |
| T0516 | | | Analysis of Tire Wear Airstrip Particles (Sci Reports). Vanessa Spanheimer, Danka Katrakova-Kruger. Date: 2022. (USA_0050842) |
| T0517 | | | Rubber Removal for Porous Friction (DOT). University of Illinois. Date: Sep. 1983. (USA_0050007) |
| T0518 | | | Scrubs Airport Runways (San Diego Union). Date: 01/02/1975. (USA_0049585) |
| T0536 | | | Bechtel Environmental, Inc. July 1998. Final Remedial Work Plan for Site 12, The Boat Channel. Bechtel National. Date: 07/08/1998. (USN_0046555) |
| T0537 | | | Earles/Lorenz Report, Table 6. Typical sources of pesticide COCs in stormwater runoff. Date: 02/06/2025. (N/A) |
| T0538 | | | Earles/Lorenz Report, Table 10. Water quality data for MS4 outfall samples within the San Diego Bay Watershed Management Area (WMA) (SDBRP, 2017; SDBRP, 2018). Date: 02/06/2025. (N/A) |
| T0539 | | | Earles/Lorenz Report, Table 15. Representative EMCs for COCs for Boat Channel watershed. Date: 02/06/2025. (N/A) |
| T0540.00 | | | Earles/Lorenz Report, Exhibits 1-9 and 12-13. Date: 02/06/2025. (N/A) |
| T0540.01 | | | Earles/Lorenz Report, Exhibit 1. Project Location Map. Date: 02/06/2025. (N/A) |
| T0540.02 | | | Earles/Lorenz Report, Exhibit 2. Boat Channel Strata. Date: 02/06/2025. (N/A) |
| T0540.03 | | | Earles/Lorenz Report, Exhibit 3. Boat Channel Timeline of Key Events and Reports. Date: 02/06/2025. (N/A) |
| T0540.04 | | | Earles/Lorenz Report, Exhibit 4. National Oceanic and Atmospheric Administration (NOAA) Historical Nautical Charts, San Diego Bay (1920 to 1941). Date: 02/06/2025. (N/A) |
| T0540.05 | | | Earles/Lorenz Report, Exhibit 5. Boat Channel Drainage Basins and Outfalls (2005). Date: 02/06/2025. (N/A) |
| T0540.06 | | | Earles/Lorenz Report, Exhibit 6. Boat Channel Watershed Land Ownership (PRE-NTC Transfer). Date: 02/06/2025. (N/A) |
| T0540.07 | | | Earles/Lorenz Report, Exhibit 7. Boat Channel Watershed Land Ownership (Post-NTC Transfer). Date: 02/06/2025. (N/A) |
| T0540.08 | | | Earles/Lorenz Report, Exhibit 8. Approximate Location of 1960's Cockroach Infestation of San Diego. Date: 02/06/2025. (N/A) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0540.09 | | | Earles/Lorenz Report, Exhibit 9. San Diego Bay MS4 Outfalls, Drainage Areas, and Associated Land Uses (2017). Date: 02/06/2025. (N/A) |
| T0540.10 | | | Earles/Lorenz Report, Exhibit 12. Boat Channel and Reference Watershed (Paleta Creek) Land Uses. Date: 02/06/2025. (N/A) |
| T0540.11 | | | Earles/Lorenz Report, Exhibit 13. USGS Mapping and Aerial Image of Airport in Vicinity of Boat Channel From 1953. Date: 02/06/2025. (N/A) |
| T0541 | | | Earles/Lorenz Report, Exhibit 14. Point Loma WWTP Influent and Effluent Mass Loadings and Partitioning of Metals in Domestic Wastewater. Date: 02/06/2025. (N/A) |
| T0542 | | | Earles/Lorenz Report, Exhibit 15. Historical San Diego Newspaper Articles and Publications. Date: 02/06/2025. (N/A) |
| T0543 | | | Earles/Lorenz Report, Table 17. Annual runoff statistics calculated for land uses before the NTC transfer 1939-2000. Date: 02/06/2025. (N/A) |
| T0544 | | | Earles/Lorenz Report, Table 18. Annual runoff statistics calculated for land uses after the NTC transfer 2001-2017. Date: 02/06/2025. (N/A) |
| T0545 | | | Think Blue San Diego. Follow the "3Cs". Date: 2021. (https://www.sandiego.gov/sites/default/files/contain_control_capture_fact_sheet.pdf) |
| T0546.00 | | | Earles/Lorenz Report, Exhibits 16-17. Date: 02/06/2025. (N/A) |
| T0546.01 | | | Earles/Lorenz Report, Exhibit 16. Boat Channel Stormwater Conveyance. City of San Diego MS4. Date: 02/06/2025. (N/A) |
| T0546.02 | | | Earles/Lorenz Report, Exhibit 17. Boat Channel Stormwater Conveyance. San Diego International Airport (San). Date: 02/06/2025. (N/A) |
| T0547 | | | Earles/Lorenz Report, Exhibit 19. Several Documented SSO Locations in Vicinity of Boat Channel and Historical Alignment of City Interceptor Sewer (1943 to 1963). Date: 02/06/2025. (N/A) |
| T0548 | | | Earles/Lorenz Report, Table 2. Boat Channel watershed areas by owner from early 1900s through 2003. Date: 02/06/2025. (N/A) |
| T0550 | | | San Diego History Center. Enlarged photo of 1946 shows area from airport  runway to boat channel. Date: 09/13/1946. (USA_0064964) |
| T0551 | | | Paleta Creek, San Diego, Stormwater Monitoring and Data Analysis Report. SERDP. Date: 08/27/2017. (USA_0064401) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0552 | | | The national stormwater quality database (NSQD). R. Pitt, A. Maestre, et al. Date: 02/17/2018. (https://bmpdatabase.org/national-stormwater-quality-database) |
| T0553 | | | Zinc Sources in California Urban Runoff. California Stormwater Quality Association. TDC Environmental.  Date: Apr. 2015. (USA_0066865) |
| T0554 | | | Pesticides in stormwater runoff—A mini review. Frontiers of Environmental Science & Engineering 13 (2019): 1-12. Cheng Chen, Wenshan Guo, et al. Date: 2019. (USA_0059185) |
| T0555 | | | Earles/Lorenz Report, Table 10. Water quality data for MS4 outfall samples within the San Diego Bay Watershed Management Area. Date: 02/06/2025. (N/A) |
| T0556 | | | Letter from Chris Helmer, City of Imperial Beach, to David Gibson, CRWQCB. Submittal of San Diego Bay Watershed Management Area Water Quality Improvement Plan 2015-2016 Annual Report. Date: 01/27/2017. (USA_0065711) |
| T0557 | | | San Diego Bay Responsible Parties (SDBRP). 2018. San Diego Bay Watershed Management Area Water Quality Improvement Plan – FY 2017 Annual Report. San Diego Regional Water Quality Control Board. Date: Sep. 2018. (USA_0065894) |
| T0559 | | | US v City of San Diego, 1991 WL 163747, April 18, 1991 (S.D. Cal.) Date: 04/18/1991. (USA_0029567) |
| T0560 | | | Letter from Peter Vroom, San Diego Public Utilities, to David Gibson, CRWQCB. CY2016 Pretreatment Annual Report for the Point Loma POTW. Date: 02/28/2017. (USA_0026432) |
| T0561 | | | Environmental Impact Report: San Diego Metropolitan Facilities Plan Wastewater Treatment Reclamation and Disposal 1975 – 2000. City of San Diego. Date: Jan. 1977. (USA_0015754) |
| T0562 | | | DDT in Bottom Sediments Around Five Southern California Outfall Systems. Southern California Coastal Water Research Project. Date: Dec. 1974. (USA_0027618) |
| T0567 | | | Letter from Kelly Dorsey, CRWQCB, to Michael Rosenberg, San Diego. Investigative Order Related to a Sanitary Sewer Overflow from the City of San Diego's Sewage Collection System. Date: 02/22/2023. (USA_0057285) |
| T0568 | | | Letter from Tom Rosales, CRWQCB, to Kelly Dorsey, CRWQCB. Investigative Order. SSO Technical Report for Spill Event. Date: 04/20/2023. (USA_0029614) |
| T0571 | | | Map of Outfalls to Boat Channel. Date: Aug. 2024. (CSD_00000004) |
| T0572 | | | Report about spraying chlordane in Balboa Park to eradicate Japanese Beetle. Date: 08/13/1973. (CITY 00076654) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0574 | | | Final Finding of Suitability to Transfer (FOST) for Parcels III-B and VII, Revision 1. Trevet - Bay West. Date: 04/01/2021. (USN_0114772) |
| T0576 | | | Spreadsheet SD Major MS4 Outfall Dry Weather Monitoring Data. Date: N/A. (CSD_00000006) |
| T0577 | | | Spreadsheet Combined Sampling Results. Date: 2023. (CSD_00000016) |
| T0578 | | | Sanitary Sewer Overflow History Table. Date: N/A. (CITY 00010900) |
| T0586 | | | The San Diego Union. Morning Ed. Date: 04/27/1947. (USA_0014533) |
| T0587 | | | The San Diego Union. Morning Ed. Date: 05/21/1947. (USA_0014535) |
| T0588 | | | The San Diego Union. Morning Ed. Date: 06/02/1947. (USA_0014536) |
| T0589 | | | The San Diego Union. Date: 09/10/1947. (USA_0014537) |
| T0590 | | | Historical photo of the Airport and Boat Channel. Date: 03/31/1953. (USA_0066932) |
| T0591 | | | USGS map, Point Loma Quadrangle. Date: 1953. (USA_0067011) |
| T0592 | | | USGS map, California (San Diego County) Point Loma Quadrangle. Date: 1942. (USA_0067009) |
| T0593 | | | Historical City of San Diego storm drain easement. Date: 07/03/1969. (USN_0319917) |
| T0594 | | | 1969 City Resolution and Navy Grant of Easement for Pipeline from Barnett Ave. across MCRD that drains to BC. Date: 07/03/1969. (USN_0319917) |
| T0603 | | | Heavy-Duty Runway on Poor Ground, Vol. 133. Engineering News-Record. Date: Nov. 1944. (USA_0033810) |
| T0608 | | | Initial Assessment Study - Naval Training Center, Marine Corps Recruit Depot, and Fleet Anti-Submarine Warfare Training Center - San Diego, California. SCS Engineers. Date: Feb. 1986. (USN_0021824) |
| T0610 | | | Final Remedial Action Completion Report - Installation Restoration Site 12, Boat Channel Sediments - Former Naval Training Center - San Diego, California. Parsons. Date: 03/14/2019. (USN_0100459) |
| T0611 | | | Memo from Commander, Navy, to Commanding General, Marine Corps. Masterplan for Marine Corps Recruit Depot (MCRD), San Diego. Date: 11/05/1987. (USN_0563501) |
| T0612 | | | Comprehensive Environmental Baseline Survey (EBS) - Naval Training Center San Diego - San Diego County, California. Bechtel. Date: 04/30/1994. (USN_0022684) |
| T0613 | | | Marine Corps Recruit Depot San Diego - Final Report - Master Plan Update. Date: Jun. 2007. (USN_0563950) |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| T0614 | | | Letter from Keith Forman, Navy, to C. Sherrie Komeylyan, CRWQCB. Transmittal of the Final Record of Decision/Remedial Action Plan, Installation Restoration Site 12, Boat Channel Sediments, Former Naval Training Center. Date: 03/27/2017. (USA_0071296) |
| T0616 | | | Naval Training Center San Diego, Reuse Plan. Rick Planning Group. Date: 10/20/1998. (CITY 00011317) |
| T0617.00 | | | Base Realignment and Closure Cleanup Plan (BCP) for the Former Naval Training Center, San Diego, CA. Keith Forman, Aaron Yue, et al. Date: March 1998. (USN_0043464) |
| T0617.01 | | | Figures from McLane Report Date: 12/22/2024. (N/A) |
| T0617.02 | | | Tables from McLane Report Date: 12/22/2024. (N/A) |
| T0617.03 | | | Tables from McLane Rebuttal Report Date: 01/21/2025. (N/A) |
| T0617.04 | | | Figures from McLane Rebuttal Report Date: 01/21/2025. (N/A) |
| T0617.05 | | | Boat Channel Average Metals Concentrations Figure Date: N/A. (N/A) |
| T0617.06 | | | Boat Channel Organic Silt Thickness Figures Date: N/A. (N/A) |
| T0617.07 | | | COC Concentrations Along Channel Figures Date: N/A. (N/A) |
| T0617.08 | | | COC Concentrations With Flow Velocity Figures Date: N/A. (N/A) |
| T0617.09 | | | COC Concentrations In Surface Sediment Figures Date: N/A. (N/A) |
| T0624 | | | The San Diego Union. Morning Ed. Date: 08/07/1962. (USA_0032666) |
| T0629 | | | Handbook of Pest Control. Arnold Mallis. Date: 1964. (N/A) |