# Attachment 1

Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC  20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (SBN 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (SBN 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
City of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-CV-00541-LL-VET |
| Plaintiff, | **CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST** |
| v. | |
| CITY OF SAN DIEGO, | The Hon. Linda Lopez |
| Defendant. | Trial Date: None Set |
| *AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | |

The City of San Diego (the "City") hereby discloses its list of proposed trial exhibits. The City reserves the right to modify, amend and/or supplement its list of proposed trial exhibits based on circumstances as they may evolve prior to the commencement of trial. The City reserves the right to introduce or present documents, things or other information not expressly listed below for demonstrative, rebuttal, cross-examination, impeachment or authentication purposes. The listing of a trial exhibit does not constitute an admission as to the admissibility of the trial exhibit or a waiver of any applicable objection.

The City further reserves the right to incorporate into the following list of proposed trial exhibits any and all exhibits by the United States of America ("United States") and any supplements, amendments, or subsequent versions thereof.

| No. | Date Marked | Date Admitted | Description |
| --- | --- | --- | --- |
| A | | | Ultimate Condition Watershed Study & Storm Drain Capital Improvement Program Report, dated April 2001 (CITY 00070949) |
| B | | | Draft Environmental Baseline Survey at NTC (N00247.000700) by Bechtel National, Inc., dated January 31, 1994 (USN_0061912) |
| C | | | Final Comprehensive Site Assessment Report for Points of Interest, Vols. 1 and 2 of 3 (N00247_000363) by Bechtel National, Inc., dated July 1, 1996 (USN_0449017) |
| D | | | Final Report, Sediment Characterization of the Boat Channel, (N00247.000402) by Bechtel National, Inc., dated December 1996 (USN_0036743) |
| E | | | Executive Summary, Final Remedial Investigation Report for Site 12, The Boat Channel, Vols. 1 through 4 of 4, (N00247_000021) by Bechtel Environmental, Inc., dated October 30, 2003 (USN_0526556) |
| F | | | Final Remedial Action Completion Report, Installation Restoration Site 12, Boat Channel |

- 2 -

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | Sediments, by Parsons, dated March 2019 (USN_0385880) |
| G | | | Bacteriological Source Investigation, by Luke-Dudek Civil Engineers, (M00243_000081) dated January 27, 1983 (USN_0512748) |
| H | | | Storm Drainage Study at Naval Training Center, Work Request No. 04-833, dated June 1989 (CITY 00067017) |
| I | | | Draft, Potentially Responsible Party Evaluation, Former NTC, by Matrix Environmental Services, LLC, dated March 2005 (USN_0168733) |
| J | | | Map: Training Station, Naval Operating Base, dated June 30, 1929 (CITY 00048926) |
| K | | | 1935 Proposed Dredging Maps (CITY 00065756) |
| L | | | Initial Assessment Study of NTC MCRD, by SRS Engineers, dated February 1986 (CITY 00066903) |
| M | | | Publication: "A Brief History of the Marine Corps Base and Recruit Depot," by the Dept. of the Navy, 1914-1962 (CITY 00066430) |
| N | | | Naval Operating Base, Public Works Completed, Under Construction and Contemplated, dated July 1, 1927 (CITY 00065672) |
| O | | | Final Site Assessment / Extended Site Assessment Report for 18 Points of Interest, (N00247.000502) by Bechtel National, Inc., dated May 1998 (USN_0045037) |
| P | | | Introduction, Historic Resources Study for the Proposed Airport Development Plan Project, dated June 8, 2018 (CITY 00075126) |
| Q | | | Drawing: Plat Showing the Proposed Opening of Portion of Lytton St. & Tide St. at the Southeasterly corner of Harbor Villas, dated September 24, 1921 (CITY 00065718) |
| R | | | Drawing: Naval Training Station San Diego, CA Tide Gate, dated August 9, 1922 (CITY 00065719) |
| S | | | Maps: Navy Yards and Naval Stations, Bureau of Yards and Docks (USN_0585820) |
| T | | | Drawing: Profile & Data on Piles Under Sewer, dated December 22, 1919 (USN_0512970) |
| U | | | Drawing: Proposed Drainage Culvert, dated April |

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | 10, 1919 (USN_0512990) |
| V | | | Map: Extension of Sewer and Storm Drain Lines, dated August 1, 1938 (CITY 00065767) |
| W | | | Drawing: City 378-L, dated July 1915 (CITY 00065710) |
| X | | | Drawing: City 937-L, dated January 1920 (CITY 00065711) |
| Y | | | Drawing: Plans for the Improvement of Evergreen St. and Alcott St., dated March 11, 1929 (CITY 00065753) |
| Z | | | Drawing: Plans for the Improvement of Locust St., Alcott St. and Rosegrans St., dated April 8, 1929 (CITY 00065754) |
| AA | | | Lindbergh Field / San Diego International Airport Ownership Timeline (CITY 00076760) |
| AB | | | The EDR-City Director Abstract, dated August 8, 2022 (USN_0538424) |
| AC | | | The EDR Radius Map Report with GeoCheck, dated June 20, 2013 (USPS_0001043) |
| AD | | | Map: Gateway Village, General Development, dated June 28, 1963 (USN_0560653) |
| AE | | | EDR Aerial Photo Decade Package, dated August 20, 2024 (CITY 00076812) |
| AF | | | Drawing: Master Shore Station Development Plan, dated December 23, 1953 (CITY 00066429) |
| AG | | | Drawing: Additional Pavement and Storm Drains, dated September 30, 1942 (USN_0512972) |
| AH | | | Drawing: Additional Storm Drains, dated October 14, 1942 (USN_0512984) |
| AI | | | Drawing: Additional Pavement and Storm Drains Porto Rico (sic) to Guantanamo, dated February 22, 1943 (USN_0512974) |
| AJ | | | Drawing: Additional Storm Drain, dated March 2, 1943 (USN_0512986) |
| AK | | | Drawing: Plot Plan, Correction of Storm Drainage, dated June 6, 1951 (CITY 00065892) |
| AL | | | Drawings: North Unit, Sub-Surface Layout, dated April 23, 1941 (CITY 00065887) |
| AM | | | Mitigated Negative Declaration, Appendix A, CHRIS Records Search Results (USN_0118664, |

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

| | | | |
|---|---|---|---|
| | | | USN_0118824) |
| AN | | | Drawing: Master Shore Station Development Plan, Storm Drainage System, dated February 5, 1963 (CITY 00076155) |
| AO | | | Drawing: Storm Drain, Barnett Ave. and MCRD, dated June 5, 1969 (CITY 00066473) |
| AP | | | Drawing: Structures & Utility Lines, dated February 1972 (USN_0512960) |
| AQ | | | Memorandum of Agreement by and between the United States of America and the City of San Diego, dated May 30, 2000 (USN_0224293) |
| AR | | | Storm Water Discharge Management Plan for NTC, by Woodward-Clyde Federal Services, dated January 1994 (USN_0182606) |
| AS | | | MCRD San Diego Master Plan, by Western Division, dated September 1986 (USN_0575069) |
| AT | | | Reuse Plan, Naval Training Center San Diego, dated October 1998 (NPS_0000768) |
| AU | | | Final Work Plan Site Assessment, NTC, by Bechtel National, Inc., dated August 14, 1995 (CITY 00075925) |
| AV | | | Draft Hazardous Substance Management Plan, by Aqua Resources, Inc., dated January 1, 1988 (USN_0582564) |
| AW | | | Assessment of Sediment Toxicity and Chemical Concentrations in the San Diego Bay Region, dated December 5, 1998 (CITY 00075858) |
| AX | | | Map: Naval Training Center, General Development Map, dated August 1, 1963 (USN_0322351) |
| AY | | | Publication: "Impact of Piers on Tidal Marshes: Accumulation of Wood Preservative Metals in Water and Soils," by B. Vasilas, et al., dated March 20, 20211 (CITY 00076540) |
| AZ | | | Publication: "Underwater Facilities Inspections and Assessments at NTC, by Blaylock-Willis and Associates, dated October 1984 (CITY 00066568) |
| BA | | | Publication: "Final Construction Quality Assurance Report and Certification of Clean Closure, NTC Landfill," by The Bohdi Group, dated August 2012 (CITY 00075564) |

- 5 -

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| BB | | | Publication: "Trend and concentrations of legacy lead (Pb) in highway runoff," by Masoud Kayhanian, dated September 3, 2011 (CITY 00076127) |
|---|---|---|---|
| BC | | | Publication: "Watershed and Land Use-Based Sources of Trace Metals in Urban Storm Water," by Tiefenthaler, et al, dated August 3, 2007 (CITY 00076507) |
| BD | | | Publication: "Roofing Materials' Contributions to Storm-Water Runoff Pollution," by Clark, et al., dated 2008 (CITY 00075833) |
| BE | | | Publication: "100th Anniversary of Marine Corps Recruit Depot Marks Milestone in San Diego History," Los Angeles Times, dated November 26, 2021 (CITY 00076795) |
| BF | | | Publication: "Review on inorganic pollutants in stormwater runoff of non-metal roofs," by Degenhart, et al., dated August 30, 2022 (CITY 00075841) |
| BG | | | Response to Comments from CRWQCB-San Diego, (N00247_000685) by Bechtel National, Inc., dated November 6, 2001 (CITY 00071155) |
| BH | | | Publication: "Insects & Human Affairs: Pests, Plagues, Pollinators and Poisons," Chapter 19: DDT: Miraculous Powder or Elixir of Death (CITY 00076825) |
| BI | | | Publication: "DDT and Silent Spring: Fifty Years After," Journal of Military and Veterans' Health, 2011 (CITY 00076754) |
| BJ | | | Publication: DDT – A Brief History and Status, USEPA, dated March 12, 2024 (CITY 00076806) |
| BK | | | Publication: "Groundwater Impacts of Golf Course Development in Cape Cod," Technical Note #27 from Watershed Protection Techniques (CITY 00075856) |
| BL | | | Publication: "Chlordane in the Marine Environment of the United States: Review and Results from the National Status and Trends Program, by NOAA, dated September 1990 |
| BM | | | Publication: "Regression Models for Explaining and |

- 6 -

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | Predicting Concentrations of Organochlorine Pesticides in Fish from Streams in the United States," Environmental Toxicology and Chemistry, 2009 (CITY 00076741) |
| BN | | | Publication: "Sediment Chemical Contamination and Toxicity Associated with a Coastal Golf Course Complex," by Lewis, et al., dated October 29, 2000 (CITY 00070940) |
| BO | | | Publication: "Evaluation of Volatilization Potential for Legacy Chlordane in Military Housing Area Soils," by Waisner, et al., dated October 2011 (CITY 00075870) |
| BP | | | Publication: "Urban Stormwater: An Overlooked Pathway of Extensive Mixed Contaminants to Surface and Groundwaters in the United States," by Masoner, et al., dated August 21, 2019, (CITY 00076143) |
| BQ | | | Publication: "Sediment Contamination of Residential Streams in the Metropolitan Kansas City Area, USA: Part I. Distribution of Polycyclic Aromatic Hydrocarbon and Pesticide-Related Compounds," by Tao, et al., dated April 14, 2010 (CITY 00076489) |
| BR | | | Publication: Disentangling the History of Deep Ocean Disposal for DDT and Other Industrial Waste Off Southern California," by Schmidt, et al., dated February 21, 2024 (CITY 00076478) |
| BS | | | Second Amendment to First Amended Complaint in Condemnation, *United States of America v. 70.39 Acres of Land,* Civil No. 1506-SD, dated February 23, 1956 (USN_0560732) |
| BT | | | Map: Air Force Plant No. 19, dated May 18, 1955 (USN_0560786) |
| BU | | | Master's Thesis by Floyd Roscoe Moore, 1960 (USA_0036016) |
| BV | | | Publication: "Members of Congress propose protections from toxic PFAS pollution for military members, firefighters, and communities" (Doc No. 153-03) |
| BW | | | 2020.04.22 Draft Addendum, Memorandum to File |

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | regarding Identification of Per- and Polyfluoroalkyl Substances (PFAS) Investigation Locations (USN_0335411) |
| BX | | | 2020.04.22 Draft Memorandum to File regarding Identification of Per- and Polyfluoroalkyl Substances (PFAS) Investigation Locations (USN_0405054) |
| BY | | | Final Finding of Suitability to Transfer for Parcels III-B and VII, dated March 2021 (Doc No. 153-07) |
| BZ | | | 2010.09.20 Memorandum regarding Revised Guidance on Compiling Administrative Records for CERCLA Response Actions (Doc No. 153-08) |
| CA | | | Publication: Images of America: Marine Corps Recruit Depot San Diego, Arcadia Publishing, 2012 |
| CB | | | Publication: Images of Aviation: San Diego International Airport – Lindbergh Field, Arcadia Publishing, 2012 |
| CC | | | City of San Diego's Third-Party Complaint, Case No. 3:23-CV-00541-LL-BGS (USN_0391980) |
| CD | | | San Diego County Hydrology Manual, County of San Diego Department of Public Works, June 2003 (CITY 00076156) |
| CE | | | Certified Sanborn Report, EDR, dated August 23, 2024 (CITY 00075519) |
| CF | | | Federal Environmental Liability under CERCAL and RCRA, America Bar Association, Chapter 1, Kirsch, et al. |
| CG | | | MCRDSD History, https://www.mcrdsd.marines.mil/About/Depot-History/ |
| CH | | | Draft Final Environmental Condition of Property Report Update, Naval Base Point Loma, Old Town Campus, San Diego, CA, Multi-MAC JV, January 2023 (USN_0538205) |
| CI | | | Stormwater Conveyance and Drain Data, San Diego, CA, SanGIS, dated July 2024 |
| CJ | | | Final Feasibility Study Report IR Site, Boat Channel Sediments Former Naval Training Center, San Diego, Trevet and Brown and Caldwell, dated September 2016 (CITY 00072340) |
| CK | | | Heavy Metal Contamination in Soils of Urban |

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

- 8 -

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| | | | |
|---|---|---|---|
| | | | Highways Comparison Between Runoff and Soil Concentrations at Cincinnati, OH – Water, Air, and Soil Pollution, 132:293-314, Turner, et al., 2001 (CITY 00076518) |
| CL | | | United States' Responses and Objections to Defendant City of San Diego's First Set of Interrogatories, dated July 11, 2024 (USN_0586807) |
| CM | | | United States' Responses and Objections to Defendant City of San Diego's First Set of Requests for Admission, dated July 22, 2024 |
| CN | | | Map of U.S. Marine Corps Base, San Diego, CA, U.S. Navy, 1921 (USN_0585822) |
| CO | | | Map of U.S. Naval Training Station, San Diego, CA, U.S. Navy, 1921 (USN_0585821) |
| CP | | | Aerial Photographs, UCSB, 1953, https://mil.library.ucsb.edu/ap_indexes/FrameFinder/ |
| CQ | | | Aerial Photographs, UCSB 1963, https://mil.library.ucsb.edu/ap_indexes/FrameFinder/ |
| CR | | | Phase I Environmental Site Assessment, USPS Midway Carrier Annex, Weston Solutions, Inc., dated July 2013 (USPS_0000963) |
| CS | | | Final Storm Water Discharge Management Plan for Naval Training Center, Woodward-Clyde, dated September 1, 1993 (USN_0183233) |
| CT | | | Draft Final Environmental Condition of Property Report Update, Naval Base Point Loma, Old Town Campus, San Diego, Multi-MAC JV, dated January 2023 (USN_0538204) |
| CU | | | Master Shore Station Development Plan, Area 4 Utilities, Sanitary Sewers, Marine Corps Recruit Depo, U.S. Navy, 1954 (CITY 00023679) |
| CV | | | Map: Structures & Utility Lines Station, Marine Corps Recruit Depot, U.S. Navy, dated September 9, 1970 (USN_0512948) |
| CW | | | Map of Naval Training Center, San Diego, CA, U.S. Navy, 1982 (USN_0359702) |
| CX | | | Video: DDT (US Navy, 1944), National Library of Medicine at www.youtube.com/watch?v=f_3SVmgAmjY |

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| CY | | | Final Remedial Investigation Report for Site 12, The Boat Channel, Volumes 1 through 4 of 4, October 30, 2003 (USN_0526556) |
| CZ | | | 2017.01.12 Letter from D. Kleis to K. Forman re: Response to Comments on Draft Record Decision (USN_0407523) |
| DA | | | 2016.03.18 Letter from D. Kleis to J. Lear re: Comment Letter (USN_0414898) |
| DB | | | 2016.06.10 Letter from D. Kleis to J. Lear re: Response to Comments on Draft Final Feasibility Study Report (USN_0415429) |
| DC | | | 2017.06.08 Letter from D. Kleis to S. Komeylyan re: Notice of Availability of a Draft Mitigated Negative Declaration for the Record of Decision (USN_0152608) |
| DE | | | 2018.08.16 Letter from D. Kleis to R. Cardoso re: Comment Letter (USN_0406730) |
| DF | | | Initial Assessment Study of Naval Training Center, Marine Corps Recruit Depot and Fleet Anti-Submarine Warfare Training Center, San Diego, SCS Engineers, Inc., 1986 (CITY 00066903) |
| DG | | | Final Report Sediment Characterization of the Boat Channel Naval Training Center, San Diego, Volumes I and II, Bechtel National, Inc., 1996 (USN_0451363) |
| DH | | | Final Base Realignment and Closure Business Plan Former Naval Training Center San Diego, NAVFAC 2000 (USN_0058901) |
| DI | | | 2001.08.17 Comments from the State Water Board on the Draft Remedial Investigation Report for IR Site 12 (CITY 00071155) |
| DJ | | | Additional Comments on Draft Remedial Investigation Report Site 12, dated 21 December 1999, 10/31/2001 (USN_0214481) |
| DK | | | 2004.04.20 Comments from the State Water Board on October 2003 Final Remedial Investigation Report for IR Site 12 (CITY 00050595) |
| DL | | | 2008.08.12 Letter from J. Robertus to A. Megliola re: Determining Sediment Cleanup Goals for Boat Channel (USN_0387723) |

- 10 -

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

| DM | | | 2010.12.09 Email from C. Komeylyan to T. McDonnell, et al. re: Final Weight of Evidence Table (USN_0342049) |
| DN | | | 2012.07.20 Letter from C. Komeylyan to J. Lear re: Feasibility Study Report for IR Site 12 (USN_0138827) |
| DO | | | Emerging Contaminants Fact Sheet, EPA, March 2014 (CITY 00078063) |
| DP | | | Technical Fact Sheet – PFOS and PFOA, EPA, November 2017 (CITY 00078063) |
| DQ | | | Alternative Cleanup Levels Technical Memorandum, Boat Channel Sediments, November 6, 2014 (USN_0086646) |
| DR | | | Correspondence between Navy and Water Board (2015-2017) re: Responses to Comments on Alternative Cleanup Levels and Feasibility Study (CITY 00034845) |
| DS | | | Comment Log re Feasibility Study Report IR Site 12, Boat Channel Sediments, May 31, 2016 (CITY 00027465) |
| DT | | | Written Comments Received on October 24, 2016 from Danielle G. Sakai, Attachment E, Record of Decision/Final RAP (CITY 00035131) |
| DU | | | 2017.09.28 Letter from C. Komeylyan to L. Cardinale re: Draft Remedial Design and Remedial Action Work Plan (USN_0152673) |
| DV | | | Final Environmental Condition of Property Report for Cogeneration Plant San Diego, Multi-Media Environmental Compliance Group, July 1, 2019 (USN_0617835) |
| DW | | | 2021.11.01 Email from T. Linz to S. Moore, et al. re: Boat Channel (USN_0310528) |
| DX | | | 2022.04.06 Letter from K. Schwall to A. Kerins re: Response to the Department of the Navy request (NPS_0003551) |
| DY | | | 2018.10.01 Letter from D. Kleis to R. Paulding re: Comment Letter (USN_0140696) |
| DZ | | | 2018.07.30 Letter from K. McFadden to R. Carduso re: Consultation (USN_0407284) |

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

| EA | | | FY2026-2030 City of San Diego's Five-Year Financial Outlook https://www.sandiego.gov/sites/default/files/2024-12/fy2026-2030-five-year-financial-outlook-and-attachments-general-fund.pdf |
|---|---|---|---|
| EB | | | IBA Review of the Mayor of San Diego's FY 2026-2023 Five-Year Financial Outlook https://www.sandiego.gov/sites/default/files/2025-01/25-01-iba-review-of-the-mayor-s-fy-2026-2030-five-year-financial-outlook_0.pdf |
| EC | | | FY2027-2031 City of San Diego's Five-Year Financial Outlook https://www.sandiego.gov/sites/default/files/2025-11/fy2027-2031-five-year-financial-outlook-and-attachments-general-fund.pdf |
| ED | | | IBA Review of the Mayor of San Diego's FY 2027-2031 Five-Year Financial Outlook https://www.sandiego.gov/sites/default/files/2025-12/25-36-review-of-the-mayor-s-fy-2027-2031-five-year-financial-outlook_2.pdf |
| EE | | | FY2026 City of San Diego's Adopted Budget https://www.sandiego.gov/finance/annual |
| EF | | | FY2027 City of San Diego's Draft Budget https://www.sandiego.gov/finance/draft |
| EG | | | Expert Report of Adam H. Love, Ph.D., dated December 19, 2024 |
| EH | | | Expert Rebuttal Report of Adam H. Love, Ph.D., dated January 17, 2025 |
| EI | | | Expert Report of J. Michael Trapp, Ph.D., dated December 23, 2024 |
| EJ | | | Expert Rebuttal Report of J. Michael Trapp, Ph.D., dated January 21, 2025 |

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST

DATED: June 2, 2026

Respectfully submitted,

KUTAK ROCK LLP


By: *s/ Barry P. Steinberg*
    Barry P. Steinberg
    barry.steinberg@kutakrock.com

Attorney for Defendant/Cross
Defendant/Counter Claimant/Cross
Claimant
City of San Diego

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET

CITY OF SAN DIEGO'S PROPOSED TRIAL EXHIBIT LIST