Barry P. Steinberg (admitted *Pro Hac Vice*)
barry.steinberg@kutakrock.com
**KUTAK ROCK LLP**
1133 Connecticut Avenue, NW
Suite 1200
Washington, DC  20036
Telephone: (202) 828-2400
Facsimile: (202) 828-2488

Dwyer Arce (admitted *Pro Hac Vice*)
dwyer.arce@kutakrock.com
**KUTAK ROCK LLP**
1650 Farnam Street
The Omaha Building
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

Thomas F. Vandenburg (SBN 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (SBN 332670)
acharkhchyan@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050

Attorneys for Defendant/Cross Defendant/
Counter Claimant/Cross Claimant
City of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendant.<br><br>*AND RELATED CROSS CLAIMS AND COUNTER CLAIMS* | Case No. 3:23-CV-00541-LL-VET<br><br>**CITY OF SAN DIEGO'S REPLY TO PLAINTIFF UNITED STATES OF AMERICA'S OBJECTIONS TO CITY OF SAN DIEGO'S PRETRIAL DISCLOSURES**<br><br>The Hon. Linda Lopez<br><br>Trial Date:None Set |

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S REPLY TO PLAINTIFF UNITED STATES OF AMERICA'S OBJECTIONS TO CITY OF SAN DIEGO'S PRETRIAL DISCLOSURES

Plaintiff, the United States of America ("United States") noted, in ECF No. 240, its objection to the late filing that added witnesses that were inadvertently omitted. Counsel apologizes to the Court for that late filing. The information was promptly corrected, and no prejudice to the United States accrued. With respect to the relevance of the expected testimony, counsel for the United States misapprehends the limited purpose for which the testimony is sought. The Court has ruled on the inadmissibility of the evidence sought with respect to issues related to the satisfaction of the United States' CERCLA remedial obligations. Issues related to those rulings are appealable and the City has pending before the Court a motion for certification of an interlocutory appeal.

The Court is vested with the equitable authority to consider evidence in determining the allocation of costs between the responsible parties, the United States and the City of San Diego. Inadmissibility with respect to CERCLA remedial obligations should not be confused with the relevance of such evidence. The evidence to which the United States objects relates to the future risk and liability that the City will incur as a result of the forced conveyance of the Boat Channel. That risk is the basis for the declaratory judgment for future remediation costs that the United States seeks. If the United States asks the Court to insulate it from future liability, it is an inescapable conclusion that the City will inherit such future liability.

3:23-CV-00541-LL-VET

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

CITY OF SAN DIEGO'S REPLY TO PLAINTIFF UNITED STATES OF AMERICA'S OBJECTIONS TO CITY OF SAN DIEGO'S PRETRIAL DISCLOSURES

Fundamental fairness requires equitable consideration of the components of this shift in risk.

DATED: June 29, 2026

Respectfully submitted,

KUTAK ROCK LLP

By: *s/ Barry P. Steinberg*
Barry P. Steinberg
barry.steinberg@kutakrock.com

Attorney for Defendant/Cross Defendant/Counter Claimant/Cross Claimant
City of San Diego

KUTAK ROCK LLP
ATTORNEYS AT LAW
WASHINGTON DC

3:23-CV-00541-LL-VET