United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 001 | | | Comprehensive Long-Term Environmental Action Navy (Clean 3) Final Remedial Investigation Report for IR Site Volume I of IV. Bechtel Environmental. Date: 10/12/2003. (USN_0017144) | | May |
| 002 | | | Comprehensive Long-Term Environmental Action Navy (Clean 2) Final Work Plan Sediment Characterization of the Boat Channel NTC San Diego, CA. Bechtel National. Date: February 1996. (USN_0030658) | | May |
| 003 | | | Comprehensive Long-Term Environmental Action Navy (Clean 2) Final Report Sediment Characterization of the Boat Channel NTC San Diego, CA. Bechtel National. Date: December 1996. (USN_0036743) | | May |
| 004 | | | Comprehensive Long-Term Environmental Action Navy (Clean 2) Final Technical Memorandum Rough-Order-Magnitude Cost Estimate for Dredging of The Boat Channel Former NTC. Bechtel National. Date: September 1998. (USN_0048064) | | May |
| 005 | | | Comprehensive Long-Term Environmental Action Navy Clean 3 Technical Memorandum Sediment AOEC Site 12, the Boat Channel Former NTC. Bechtel Environmental. Date: 03/16/2001. (USN_0061539) | | May |
| 006 | | | Final Alternative Cleanup Levels Technical Memorandum, Boat Channel Sediments. Trevet. Date: 11/06/2014. (USN_0086646) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 007 | | | Final Watershed Contaminated Source Document, Site 12, Boat Channel Sediments. Brown and Caldwell. Date: 05/25/2010. (USN_0090753) | | May |
| 008 | | | Final Record of Decision/Final Remedial Action Plan for Site 12, Boat Channel Sediments. Trevet. Date: 03/28/2017. (USN_0098177) | | May |
| 009 | | | Draft Potentially Responsible Party Evaluation NTC. Matrix Environmental Services. Date: March 2005. (USN_0168733) | | Will |
| 010 | | | Bacteriological Source Investigation. Luke-Dudek. Date: 01/27/1983. (USN_0419441) | | May |
| 011 | | | Final Remedial Investigation report for Site 12 The Boat Channel, Volumes 1 through 4 of 4. Bechtel Environmental. Date: 10/20/2003. (USN_0526556) | | May |
| 012 | | | Final Report Sediment Characterization of the Boat Channel Volumes 1 and 2 of 2. Bechtel National. Date: 12/04/1996. (USN_0531068) | | May |
| 013 | | | Final Remedial Investigation Work Plan For Site 12, The Boat Channel. Bechtel National. Date: 07/08/1998. (USN_0532223) | | May |
| 014 | | | Award of Contract N62473-13-D-4803, Task Order 0033. Date: 06/03/2015. (USN_0316792) | | May |
| 015 | | | Trevet Invoice and Progress Report: TRVT-1825. Date: 04/30/2019. (USN_0316861) | | May |
| 016 | | | Trevet Invoice and Progress Report: TRVT-1493. Date: 01/20/2017. (USN_0316866) | | May |
| 017 | | | Trevet Invoice and Progress Report: TRVT-1526. Date: 03/22/2017. (USN_0316871) | | May |
| 018 | | | Trevet Invoice: TRVT-1844. Date: 04/15/2020. (USN_0316877) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 019 | | | Trevet Invoice and Progress Report: TRVT-1584. Date: 07/17/2017. (USN_0316880) | | May |
| 020 | | | Proof of payment (Cognos payment data) for invoice numbers: TRVT-1493, TRVT-1526, TRVT-1584, TRVT-1825, TRVT-1844.(USN_0316886) | | Will |
| 021 | | | Trevet-Bay West Invoice and Progress Report: 1654. Date: 12/10/2021. (USN_0316887) | | May |
| 022 | | | Trevet-Bay West Invoice and Progress Report: 1612. Date: 10/12/2021. (USN_0316893) | | May |
| 023 | | | Trevet-Bay West Invoice and Progress Report: 2243. Date: 05/03/2023. (USN_0323275) | | May |
| 024 | | | Trevet-Bay West Invoice and Progress Report: 1706. Date: 02/03/2022. (USN_0323293) | | May |
| 025 | | | Trevet-Bay West Invoice and Progress Report: 1772. Date: 04/14/2022. (USN_0323299) | | May |
| 026 | | | Trevet-Bay West Invoice and Progress Report: 1809. Date: 05/13/2022. (USN_0323305) | | May |
| 027 | | | Trevet-Bay West Invoice and Progress Report: 1840. Date: 06/13/2022. (USN_0323311) | | May |
| 028 | | | Trevet-Bay West Invoice and Progress Report: 1867. Date: 07/13/2022. (USN_0323317) | | May |
| 029 | | | Trevet-Bay West Invoice and Progress Report: 1968. Date: 09/21/2022. (USN_0323323) | | May |
| 030 | | | Trevet-Bay West Invoice and Progress Report: 2022. Date: 11/07/2022. (USN_0323329) | | May |
| 031 | | | Trevet-Bay West Invoice and Progress Report: 2196. Date: 03/21/2023. (USN_0323335) | | May |
| 032 | | | Trevet Invoice and Progress Report: TRVT-1311. Date: 07/21/2015. (USN_0325214) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 033 | | | Trevet Invoice and Progress Report: TRVT-1338. Date: 09/10/2015. (USN_0325240) | | May |
| 034 | | | Trevet Invoice and Progress Report: TRVT-1352. Date: 10/26/2015. (USN_0325250) | | May |
| 035 | | | Trevet Invoice and Progress Report: TRVT-1371. Date: 12/29/2015. (USN_0325268) | | May |
| 036 | | | Trevet Invoice and Progress Report: TRVT-1384. Date: 02/16/2016. (USN_0325290) | | May |
| 037 | | | Trevet Invoice and Progress Report: TRVT-1405. Date: 04/13/2016. (USN_0325311) | | May |
| 038 | | | Trevet Invoice and Progress Report: TRVT-1419. Date: 06/01/2016. (USN_0325321) | | May |
| 039 | | | Trevet Invoice and Progress Report: TRVT-1450. Date: 09/14/2016. (USN_0325342) | | May |
| 040 | | | Trevet Invoice and Progress Report: TRVT-1461. Date: 11/03/2016. (USN_0325375) | | May |
| 041 | | | Trevet-Bay West Invoice and Progress Report: 2087. Date: 12/15/2022. (USN_0325450) | | May |
| 042 | | | Trevet-Bay West Invoice and Progress Report: 2119. Date: 01/17/2023. (USN_0325456) | | May |
| 043 | | | Trevet-Bay West Invoice and Progress Report: 2336. Date: 07/18/2023. (USN_0325462) | | May |
| 044 | | | Proof of payment (WAWF data in Contract Research Report) for invoice numbers: TRVT-1311, TRVT-1338, TRVT-1352, TRVT-1371, TRVT-1384, TRVT-1405, TRVT-1419, TRVT-1450, TRVT-1461.(USN_0325486) | | Will |
| 045 | | | Award of Contract N62473-18-D-0202, Task Order N6247321F5226. Date: 08/06/2021. (USN_0335584) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 046 | | | Proof of payment (COBRA Report) for invoice numbers: 1612, 1654, 1706, 1772, 1809, 1840, 1867, 1968, 2022, 2087, 2119, 2196, 2243, 2336.(USA_0058373) | | Will |
| 047 | | | Summary of DOJ's costs (Excel File) - Showing DOJ enforcement costs from 9/1/2022 to 10/31/2024. Same as Exhibit B to Bill Kime's Expert Report (including Case Time by Employee Report). Date: 10/31/2024. (USA_0057545) | | Will |
| 048 | | | Other Direct Costs Summary (9/1/022 to 10/31/2024).(USA_0072124) | | May |
| 049 | | | Native Excel File (Case Time by Employee Report) - Showing DOJ Direct Labor costs from 9/1/2022 to 6/2/2026. Date: 06/02/2026. | | Will |
| 050 | | | RESERVED | | |
| 051 | | | Summary of DOJ's costs (Excel File) - Showing DOJ enforcement costs from 9/1/2022 to 6/2/2026. Date: 06/02/2026. | | Will |
| 052 | | | Wright Water Engineers. Original Incomplete Invoice #67731. Date: 08/29/2023. (USA_0072149) | | Will |
| 053 | | | Wright Water Engineerrs. Corrected Invoice #67731.  Date: 09/25/2023. (USA_0077300) | | Will |
| 054 | | | Letter from John Hill, Navy, to C. Sherrie Komeylyan, CRWQCB. Transmittal of the Final Record of Decision/Final Remedial Action Plan, Installation Restoration Site 12. Date: 08/18/2017. (CITY 006123) | | May |
| 055 | | | Final Feasibility Study Report, IR Site 12. Trevet. Date: 09/15/2016. (USN_0087649) | | May |
| 056 | | | Final Remedial Action Completion Report, IR Site 12. Date: 03/14/2019. (USN_0110219) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 057 | | | City's current NPDES MS4 General Permit CAS0109266 issued by Order No. R9-2013-0001. Date: 11/18/2015. (REF_0019937) | | May |
| 058 | | | Ultimate Condition Watershed Study & Storm Drain Capital Improvement Program for the Naval Training Center Redevelopment. RBF Consulting. Date: April 2001. (CITY 00040376) | | May |
| 059 | | | Drainage Study for Lytton Street and Rosecrans Street Intersection in San Diego. RBF Consulting. Date: 11/13/2002. (DSD 00001) | | May |
| 060 | | | Vector Views: Biology and Control of Cockroaches in the San Diego City Sewer System. Richard Mackie. Date: 10/27/1969. (USA_0032172) | | Will |
| 061 | | | California Regional Water Quality Control Board Order No. R9-2007-0001. Date: 01/24/2007. (USA_0059055) | | May |
| 062 | | | San Diego Union newspaper article. Date: 07/17/1948. (USA_0014538) | | Will |
| 063 | | | Final Report on Airfield Marking Paints, State-of-the-Art. Date: September 1978. (USA_0049958) | | May |
| 064 | | | January 1948 map from the NOAA Office of Coast Survey Historical Map & Chart Collection: Map of San Diego Bay. Date: January 1948. (USA_0050866) | | May |
| 065 | | | Letter from Roberto Ramos-Antonmattei, Navy, to Drew Kleis, San Diego. Environmental Response at Former Naval Training Center San Diego Boat Channel. Date: 12/27/2016. (USN_0184080) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 066 | | | Mosquitos Leave Civic Bowl at Request of DDT (Chula Vista Star). Date: 08/15/1947. (USA_0034781) | | Will |
| 067 | | | Annual Report of the City Manager, 1948-1949. Date: 06/30/1949. (USA_0057461) | | Will |
| 068 | | | S.D. to Spray DDT Over Infested Areas (San Pedro News Pilot). Date: 07/15/1948. (USA_0034782) | | Will |
| 069 | | | The San Diego Union. Morning Ed. "Health Department Maps War on Flies." Date: 07/19/1949. (USA_0014539) | | Will |
| 070 | | | Mosquito Control Truck Sent Out (Weekly Times). Date: 06/10/1949. (USA_0035275) | | Will |
| 071 | | | The Use of Insecticides for Mosquito Control in California. A.F. Geib. Date: June 1951. (USA_0035350) | | May |
| 072 | | | SD Marsh Mosquitoes (San Diego Union). Date: 01/17/1954. (USA_0035888) | | May |
| 073 | | | Once Bitten is Enough (San Diego Union Tribune). Date: 04/20/1958. (USA_0035900) | | May |
| 074 | | | California Mosquito Control Association Year Book. Date: 1963. (USA_0036067) | | May |
| 075 | | | Citrus Fly Infestation (SD Union). Date: 09/24/1967. (USA_0014542) | | Will |
| 076 | | | Pronto DDT Advertisement (SD Tribune-Sun). Date: 10/25/1945. (USA_0057332) | | May |
| 077 | | | Japanese Beetle Eradication. Date: 07/23/1974. (USA_0048522) | | May |
| 078 | | | Win the Battle Advertisement (SD Evening Tribune). Date: 08/05/1971. (USA_0057363) | | May |
| 079 | | | Chacon Advertisement (SD Union). Date: 07/24/1977. (USA_0057367) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 080 | | | Put Chlordane Around Foundation (SD Union). Date: 09/26/1968. (USA_0032205) | | May |
| 081 | | | Southland Gardening (SD Evening Tribune). Date: 06/17/1955. (USA_0032197) | | May |
| 082 | | | Control of Pests in San Diego Zoo (JEH). Richard Mackie. Date: February 1957. (USA_0014298) | | Will |
| 083 | | | Gardening in Southern California. H.B. Sies. Date: 1918. (USA_0032807) | | May |
| 084 | | | Lead Arsenate (San Diego Union). Date: 06/30/1929. (USA_0033049) | | May |
| 085 | | | County Seeking Cooperation in Mosquito Drive (Chula Vista Star-News). Date: 04/28/1960. (USA_0036015) | | Will |
| 086 | | | "Unlock" the Plant Minerals Chula Vista Star News). Date: 07/25/1963. (USA_0057354) | | May |
| 087 | | | Pesticides Require Caution (SD Union). Date: 03/15/1964. (USA_0032112) | | Will |
| 088 | | | Pesticide Disposal Measures (SD Union). Date: 07/19/1970. (USA_0032122) | | Will |
| 089 | | | Toxic-Waste Problems (SD Evening Tribune). Date: 09/29/1980. (USA_0032130) | | Will |
| 090 | | | Bay Pollution Quarantine (SD Union). Date: 09/25/1956. ( USA_0032510) | | Will |
| 091 | | | Lead Memory in General Aviation Aircraft Engine Emissions (JATE). Randal DeMik, Jason Kelcher, et al. Date: 2012. (USA_0050168) | | May |
| 092 | | | Consideration of Materials for Aircraft Brakes. NASA. Date: April 1972. (USA_0041061) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 093 | | | Size, Shape, and Composition of Disc Brake Materials (Tribology). Jens Wahlstrom, Lars Olander, et al. Date: 12/29/2009. (USA_0050087) | | May |
| 094 | | | Analysis of Tire Wear Airstrip Particles (Sci Reports). Vanessa Spanheimer, Danka Katrakova-Kruger. Date: 2022. (USA_0050842) | | May |
| 095 | | | Rubber Removal for Porous Friction (DOT). University of Illinois. Date: September 1983. (USA_0050007) | | May |
| 096 | | | Scrubs Airport Runways (San Diego Union). Date: 01/02/1975. (USA_0049585) | | Will |
| 097 | | | Bechtel Environmental, Inc. July 1998. Final Remedial Work Plan for Site 12, The Boat Channel. Bechtel National. Date: 07/08/1998. (USN_0046555) | | May |
| 098 | | | Earles/Lorenz Report, Table 6. Typical sources of pesticide COCs in stormwater runoff. Date: 12/22/2024. | | Will |
| 099 | | | Earles/Lorenz Report, Table 10. Water quality data for MS4 outfall samples within the San Diego Bay Watershed Management Area (WMA) (SDBRP, 2017; SDBRP, 2018). Date: 12/22/2024. | | Will |
| 100 | | | Earles/Lorenz Report, Table 15. Representative EMCs for COCs for Boat Channel watershed. Date: 12/22/2024. | | Will |
| 101 | | | RESERVED | | |
| 102 | | | Earles/Lorenz Report, Exhibit 1. Project Location Map. Date: 12/22/2024. | | Will |
| 103 | | | Earles/Lorenz Report, Exhibit 2. Boat Channel Strata. Date: 12/22/2024. | | Will |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 104 | | | Earles/Lorenz Report, Exhibit 3. Boat Channel Timeline of Key Events and Reports. Date: 12/22/2024. | | Will |
| 105 | | | Earles/Lorenz Report, Exhibit 4. National Oceanic and Atmospheric Administration (NOAA) Historical Nautical Charts, San Diego Bay (1920 to 1941). Date: 12/22/2024. | | Will |
| 106 | | | Earles/Lorenz Report, Exhibit 5. Boat Channel Drainage Basins and Outfalls (2005). Date: 12/22/2024. | | Will |
| 107 | | | Earles/Lorenz Report, Exhibit 6. Boat Channel Watershed Land Ownership (PRE-NTC Transfer). Date: 12/22/2024. | | Will |
| 108 | | | Earles/Lorenz Report, Exhibit 7. Boat Channel Watershed Land Ownership (Post-NTC Transfer). Date: 12/22/2024. | | Will |
| 109 | | | Earles/Lorenz Report, Exhibit 8. Approximate Location of 1960's Cockroach Infestation of San Diego. Date: 12/22/2024. | | Will |
| 110 | | | Earles/Lorenz Report, Exhibit 9. San Diego Bay MS4 Outfalls, Drainage Areas, and Associated Land Uses (2017). Date: 12/22/2024. | | Will |
| 111 | | | Earles/Lorenz Report, Exhibit 12. Boat Channel and Reference Watershed (Paleta Creek) Land Uses. Date: 12/22/2024. | | Will |
| 112 | | | Earles/Lorenz Report, Exhibit 13. USGS Mapping and Aerial Image of Airport in Vicinity of Boat Channel From 1953. Date: 12/22/2024. | | Will |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 113 | | | Earles/Lorenz Report, Exhibit 14. Point Loma WWTP Influent and Effluent Mass Loadings and Partitioning of Metals in Domestic Wastewater. Date: 12/22/2024. | | Will |
| 114 | | | Earles/Lorenz Report, Exhibit 15. Historical San Diego Newspaper Articles and Publications. Date: 12/22/2024. | | Will |
| 115 | | | Earles/Lorenz Report, Table 17. Annual runoff statistics calculated for land uses before the NTC transfer 1939-2000. Date: 12/22/2024. | | Will |
| 116 | | | Earles/Lorenz Report, Table 18. Annual runoff statistics calculated for land uses after the NTC transfer 2001-2017. Date: 12/22/2024. | | Will |
| 117 | | | Think Blue San Diego. Follow the "3Cs". Date: 2021. (https://www.sandiego.gov/sites/default/files/contain_control_capture_fact_sheet.pdf) | | May |
| 118 | | | RESERVED | | |
| 119 | | | Earles/Lorenz Report, Exhibit 16. Boat Channel Stormwater Conveyance. City of San Diego MS4. Date: 12/22/2024. | | Will |
| 120 | | | Earles/Lorenz Report, Exhibit 17. Boat Channel Stormwater Conveyance. San Diego International Airport (San). Date: 12/22/2024. | | Will |
| 121 | | | Earles/Lorenz Report, Exhibit 19. Several Documented SSO Locations in Vicinity of Boat Channel and Historical Alignment of City Interceptor Sewer (1943 to 1963). Date: 12/22/2024. | | Will |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 122 | | | Earles/Lorenz Report, Table 2. Boat Channel watershed areas by owner from early 1900s through 2003. Date: 12/22/2024. | | Will |
| 123 | | | San Diego History Center. Enlarged photo of 1946 shows area from airport runway to boat channel. Date: 09/13/1946. (USA_0064964) | | May |
| 124 | | | Paleta Creek, San Diego, Stormwater Monitoring and Data Analysis Report. SERDP. Date: 08/27/2017. (USA_0064401) | | May |
| 125 | | | The national stormwater quality database (NSQD). R. Pitt, A. Maestre, et al. Date: 02/17/2018. (https://bmpdatabase.org/national-stormwater-quality-database) | | May |
| 126 | | | Zinc Sources in California Urban Runoff. California Stormwater Quality Association. TDC Environmental. Date: April 2015. (USA_0066865) | | May |
| 127 | | | Pesticides in stormwater runoff—A mini review. Frontiers of Environmental Science & Engineering 13 (2019): 1-12. Cheng Chen, Wenshan Guo, et al. Date: 2019. (USA_0059185) | | May |
| 128 | | | RESERVED | | May |
| 129 | | | Letter from Chris Helmer, City of Imperial Beach, to David Gibson, CRWQCB. Submittal of San Diego Bay Watershed Management Area Water Quality Improvement Plan 2015-2016 Annual Report. Date: 01/27/2017. (USA_0065711) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 130 | | | San Diego Bay Responsible Parties (SDBRP). 2018. San Diego Bay Watershed Management Area Water Quality Improvement Plan – FY 2017 Annual Report. San Diego Regional Water Quality Control Board. Date: September 2018. (USA_0065894) | | May |
| 131 | | | US v City of San Diego, 1991 WL 163747, April 18, 1991 (S.D. Cal.) Date: 04/18/1991. (USA_0029567) | | May |
| 132 | | | Letter from Peter Vroom, San Diego Public Utilities, to David Gibson, CRWQCB. CY2016 Pretreatment Annual Report for the Point Loma POTW. Date: 02/28/2017. (USA_0026432) | | May |
| 133 | | | Environmental Impact Report: San Diego Metropolitan Facilities Plan Wastewater Treatment Reclamation and Disposal 1975 – 2000. City of San Diego. Date: January 1977. (USA_0015754) | | May |
| 134 | | | DDT in Bottom Sediments Around Five Southern California Outfall Systems. Southern California Coastal Water Research Project. Date: December 1974. (USA_0027618) | | May |
| 135 | | | Letter from Kelly Dorsey, CRWQCB, to Michael Rosenberg, San Diego. Investigative Order Related to a Sanitary Sewer Overflow from the City of San Diego's Sewage Collection System. Date: 02/22/2023. (USA_0057285) | | May |
| 136 | | | Letter from Tom Rosales, CRWQCB, to Kelly Dorsey, CRWQCB. Investigative Order. SSO Technical Report for Spill Event. Date: 04/20/2023. (USA_0029614) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)
United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 137 | | | Map of Outfalls to Boat Channel. Date: August 2024. (CSD_00000004) | | May |
| 138 | | | Report about spraying chlordane in Balboa Park to eradicate Japanese Beetle. Date: 08/13/1973. (CITY 00076654) | | May |
| 139 | | | Final Finding of Suitability to Transfer (FOST) for Parcels III-B and VII, Revision 1. Trevet - Bay West. Date: 04/01/2021. (USN_0114772) | | May |
| 140 | | | Spreadsheet SD Major MS4 Outfall Dry Weather Monitoring Data.(CSD_00000006) | | May |
| 141 | | | Spreadsheet Combined Sampling Results. Date: 2023. (CSD_00000016) | | May |
| 142 | | | Sanitary Sewer Overflow History Table.(CITY 00010900) | | May |
| 143 | | | The San Diego Union. Morning Ed. Date: 04/27/1947. (USA_0014533) | | May |
| 144 | | | The San Diego Union. Morning Ed. Date: 05/21/1947. (USA_0014535) | | May |
| 145 | | | The San Diego Union. Morning Ed. Date: 06/02/1947. (USA_0014536) | | May |
| 146 | | | The San Diego Union. Date: 09/10/1947. (USA_0014537) | | May |
| 147 | | | Historical photo of the Airport and Boat Channel. Date: 03/31/1953. (USA_0066932) | | May |
| 148 | | | USGS map, Point Loma Quadrangle. Date: 1953. (USA_0067011) | | May |
| 149 | | | USGS map, California (San Diego County) Point Loma Quadrangle. Date: 1942. (USA_0067009) | | May |
| 150 | | | Historical City of San Diego storm drain easement. Date: 07/03/1969. (USN_0319917) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 151 | | | 1969 City Resolution and Navy Grant of Easement for Pipeline from Barnett Ave. across MCRD that drains to BC. Date: 07/03/1969. (USN_0319917) | | May |
| 152 | | | Heavy-Duty Runway on Poor Ground, Vol. 133. Engineering News-Record. Date: November 1944. (USA_0033810) | | May |
| 153 | | | Initial Assessment Study - Naval Training Center, Marine Corps Recruit Depot, and Fleet Anti-Submarine Warfare Training Center - San Diego, California. SCS Engineers. Date: February 1986. (USN_0021824) | | May |
| 154 | | | Final Remedial Action Completion Report - Installation Restoration Site 12, Boat Channel Sediments - Former Naval Training Center - San Diego, California. Parsons. Date: 03/14/2019. (USN_0100459) | | May |
| 155 | | | Memo from Commander, Navy, to Commanding General, Marine Corps. Masterplan for Marine Corps Recruit Depot (MCRD), San Diego. Date: 11/05/1987. (USN_0563501) | | May |
| 156 | | | Comprehensive Environmental Baseline Survey (EBS) - Naval Training Center San Diego - San Diego County, California. Bechtel. Date: 04/30/1994. (USN_0022684) | | May |
| 157 | | | Marine Corps Recruit Depot San Diego - Final Report - Master Plan Update. Date: June 2007. (USN_0563950) | | May |

United States of America v. City of San Diego, et al. Case No. 3:23-cv-00541-LL-VET (S.D. Cal.)

United States' Exhibit List

| No | Date Marked | Date Admitted | Description | Objections | Will/May Use |
|---|---|---|---|---|---|
| 158 | | | Letter from Keith Forman, Navy, to C. Sherrie Komeylyan, CRWQCB. Transmittal of the Final Record of Decision/Remedial Action Plan, Installation Restoration Site 12, Boat Channel Sediments, Former Naval Training Center. Date: 03/27/2017. (USA_0071296) | | May |
| 159 | | | Naval Training Center San Diego, Reuse Plan. Rick Planning Group. Date: 10/20/1998. (CITY 00011317) | | May |
| 160 | | | Base Realignment and Closure Cleanup Plan (BCP) for the Former Naval Training Center, San Diego, CA. Keith Forman, Aaron Yue, et al. Date: March 1998. (USN_0043464) | | May |
| 161 | | | Figures from McLane Report. Date: 12/22/2024. | | Will |
| 162 | | | Tables from McLane Report. Date: 12/22/2024. | | Will |
| 163 | | | Tables from McLane Rebuttal Report. Date: 01/21/2025. | | Will |
| 164 | | | Figures from McLane Rebuttal Report. Date: 01/21/2025. | | Will |
| 165 | | | Tables from Earles & Lorenz Report. Date: 12/22/2024. | | Will |
| 166 | | | Boat Channel Organic Silt Thickness Figures. | | May |
| 167 | | | COC Concentrations Along Channel Figures. | | May |
| 168 | | | Figures from Earles & Lorenz Report. Date: 12/22/2024. | | Will |
| 169 | | | COC Concentrations In Surface Sediment Figures. | | May |
| 170 | | | The San Diego Union. Morning Ed. Date: 08/07/1962. (USA_0032666) | | May |
| 171 | | | Handbook of Pest Control. Arnold Mallis. Date: 1964. | | May |